# EXHIBIT F

<u>Claim Chart For U.S. Patent 8,185,816</u>

| Claim 1 | Infringement Analysis |
|---|---|
| 1. A method in a data processing system, comprising the steps of: | Non-limiting preamble.  By way of background, the eXtensible Business Reporting Language (XBRL) Financial Reporting standard (see http://www.xbrl.org/Specification/xbrl-recommendation-2003-12-31+corrected-errata-2012-01-25.htm) specifies a Report generation and formatting *method* that uses a set of interrelated eXtensible Markup Language (XML)-formatted files containing tagged numerical data *in a data processing system* that specify: |
| | (1) how *tagged numerical data* items to be formatted in an XBRL Financial Report are identified as a <u>Fact</u> (a *tagged numerical data* value that will be reported) related to a <u>Concept</u> (a particular Financial semantic meaning for the *tagged numerical data* value) in the context of the Taxonomy (a list of <u>concepts</u> to be included in the Financial Report, and a collection of XML-compliant documents (<u>linkbases</u>) that provide additional information that forms part of the concept definitions) for inclusion in a given XBRL Financial Report <u>Instance Document</u> (see XBRL Essentials https://specifications.xbrl.org/xbrl-essentials.html), |
| | (2) how the *numerical data* items are *tagged* in the XML-compliant Instance Document file (with a name ending in ".xml"), which indicates the content of the Financial Report, to facilitate association with the related linkbases: |
| |     (a) XML-compliant Schema Definition file (with a name ending in ".xsd") which contains formatting and semantic meaning information, |
| |     (b) XML-compliant Label file (with a name ending in "_lab.xml") which indicates the label of the *numeric data value*, |
| |     (c) XML-compliant Calculation file (with a name ending in "_cal.xml") which contains rules that determine how to combine information and to determine that the set of XML-compliant documents are valid, |
| |     (d) XML-compliant Definition file (with a name ending in "_def.xml") relates concepts with other concepts, |
| |     (e) XML-compliant Presentation file (with a name ending in "_pre.xml") This linkbase associates concepts with other concepts so that the resulting relations can guide the creation of a user interface, rendering, or visualization. |
| | (3) how each *tagged numerical data* item is identified and categorized from the information contained in the referenced linkbases using the *tags*, |
| | (4) how each *tagged numerical data* item is formatted for display, |

<u>**Claim Chart For U.S. Patent 8,185,816**</u>

| Claim 1 | Infringement Analysis |
|---|---|
|  | (5) how each *tagged numerical data* item is displayed hierarchically in relation to other *tagged numerical data* items, |
|  | (6) how an individual *tagged numerical data* item is combined with other *tagged numerical data* items to yield a "summary" *tagged numerical data* item based on specified formulas relating to the semantic meaning associated with the *numerical data* item's *tag* in accordance with information contained in the XBRL Taxonomy file and the associated XBRL Calculation linkbase file, and |
|  | (7) how the set of interrelated XBRL files are validated to ensure consistency and completeness of the information contained therein. |
|  | The <u>XBRL Financial Reporting</u> standard specifies that each of the interrelated files comprising the XBRL Financial Report are encoded using the e**X**tensible **M**arkup **L**anguage (**XML**) syntax such that they may be interpreted, manipulated and displayed using standard *computer program products* such as a World Wide Web "browser" (e.g., Microsoft Internet Explorer, Apple Safari, Google Chrome, Mozilla Firefox, etc.) that is capable of interpreting the set of interrelated XML-compliant documents containing *tagged numerical data* items and implementing the formatting, computation formulas and rules required to validate and present the XBRL encoded Financial Report in human readable form through the use of a ***"A method in a data processing system."*** |
|  | Therefore, any preparation, editing and submission of a Financial Report that complies with the <u>XBRL Financial Reporting</u> standard by **Mattress Firm** would entail use of such "***A method in a data processing system"*** to perform the actions specified in the XBRL Instance Document and the associated linkbases. |
| receiving a first markup document and a second markup document, both the first markup document and the second markup document including numerical values and tags reflecting characteristics of the numerical values, wherein the | In accordance with the <u>XBRL Financial Reporting</u> standard as described above, **Mattress Firm**'s creating, editing and generating an XBRL-compliant Financial Report would require "***A method in a data processing system, comprising the steps of: receiving a first markup document and a second markup document, both the first markup document and the second markup document including numerical values and tags reflecting characteristics of the numerical values, wherein the characteristics indicate that the numerical values of the first markup document differ in format from the numerical values of the second markup document;"*** in order to perform adjustments to the scale factor (e.g., thousands ($1,000) vs. millions ($1,000,000)) as specified for the *numeric data value* for the XBRL-compliant Financial Report <u>Instance Document</u>. <br><br> The Taxonomy contained in the XBRL-compliant <u>Instance Document</u> specifies the specific *numeric data values* to be included in the Financial Report. Based on the <u>tags</u> associated with each *numeric data value* to be displayed, its |

**Claim Chart For U.S. Patent 8,185,816**

| Claim 1 | Infringement Analysis |
|---|---|
| characteristics indicate that the numerical values of the first markup document differ in format from the numerical values of the second markup document; | label and scale factor are obtained from the referenced <u>linkbase</u> files and are used to generate the display with the specified scale factor.<br><br>Therefore, any preparation, editing and submission of a Financial Report that complies with the <u>XBRL Financial Reporting</u> standard by **Mattress Firm** would require *"A method in a data processing system, comprising the steps of: receiving a first markup document and a second markup document, both the first markup document and the second markup document including numerical values and tags reflecting characteristics of the numerical values, wherein the characteristics indicate that the numerical values of the first markup document differ in format from the numerical values of the second markup document"* to perform the actions specified in the XBRL Instance Document and the associated linkbases. |
| automatically transforming the numerical values of at least one of the first markup document and the second markup document, so that the numerical values of the first markup document and the second markup document have a common format; | In accordance with the <u>XBRL Financial Reporting</u> standard as described above, **Mattress Firm**'s creating, editing and generating an XBRL-compliant Financial Report would require *"A method in a data processing system, comprising the steps of: … automatically transforming the numerical values of at least one of the first markup document and the second markup document, so that the numerical values of the first markup document and the second markup document have a common format"* in order to perform adjustments to the scale factor (e.g., thousands ($1,000) vs. millions ($1,000,000)) as specified for the *numeric data value* for the XBRL-compliant Financial Report <u>Instance Document</u>.<br><br>The Taxonomy contained in the XBRL-compliant <u>Instance Document</u> specifies the specific *numeric data value*s to be included in the Financial Report. Based on the <u>tags</u> associated with each *numeric data value* to be displayed, its label and scale factor are obtained from the referenced <u>linkbase</u> files and are used to generate the display with the specified scale factor.<br><br>Therefore, any preparation, editing and submission of a Financial Report that complies with the <u>XBRL Financial Reporting</u> standard by **Mattress Firm** would require *"A method in a data processing system, comprising the steps of: … automatically transforming the numerical values of at least one of the first markup document and the second markup document, so that the numerical values of the first markup document and the second markup document have a common format" "* to perform the actions specified in the XBRL <u>Instance Document</u> and the associated <u>linkbases</u>. |
| combining the first markup document and the second markup | In accordance with the <u>XBRL Financial Reporting</u> standard as described above, **Mattress Firm**'s creating, editing and generating an XBRL-compliant Financial Report would require *"A method in a data processing system, comprising the steps of:… combining the first markup document and the second markup document into a single* |

**Claim Chart For U.S. Patent 8,185,816**

| Claim 1 | Infringement Analysis |
|---|---|
| document into a single data set; | ***data set"*** in order to perform the adjustments to the scale factor (e.g., thousands ($1,000) vs. millions ($1,000,000)) as specified for the *numeric data value* for the XBRL-compliant Financial Report <u>Instance Document</u>.<br><br>The Taxonomy contained in the XBRL-compliant <u>Instance Document</u> specifies the specific *numeric data values* to be included in the Financial Report. Based on the <u>tags</u> associated with each *numeric data value* to be displayed, its label and associated display format are obtained from the referenced linkbase files and are used to generate the ***single data set*** as specified in the <u>Instance Document</u>. Where calculated composite *numeric data values* that summarize individual *numeric data values* with differing scale factors are needed, the Calculation Rules are used to generate the combined *numeric data values* in accordance with the Taxonomy's specified scale factor.<br><br>Therefore, any preparation, editing and submission of a Financial Report that complies with the <u>XBRL Financial Reporting</u> standard by **Mattress Firm** would require "***A method in a data processing system, comprising the steps of... combining the first markup document and the second markup document into a single data set"*** to perform the actions specified in the XBRL Instance Document and the associated linkbases. |
| and displaying the single data set. | In accordance with the <u>XBRL Financial Reporting</u> standard as described above, **Mattress Firm**'s creating, editing and generating an XBRL-compliant Financial Report would require "***A method in a data processing system, comprising the steps of:... displaying the single data set***.<br><br>The Taxonomy contained in the XBRL-compliant <u>Instance Document</u> specifies the specific *numeric data values* to be included in the Financial Report. Based on the <u>tags</u> associated with each *numeric data value* to be displayed, its label and associated display format are obtained from the referenced linkbase files and are used to display the ***single data set*** as specified in the <u>Instance Document</u>. Where calculated composite *numeric data values* that summarize individual *numeric data values* with differing scale factors are needed, the Calculation Rules are used to display the combined numeric data values in accordance with the Taxonomy's specified scale factor.<br><br>Therefore, any preparation, editing and submission of a Financial Report that complies with the <u>XBRL Financial Reporting</u> standard by **Mattress Firm** would require ***A method in a data processing system, comprising the steps of :... displaying the single data set"*** to the results as specified in the XBRL Instance Document and the associated linkbases. |

**Claim Chart For U.S. Patent 8,185,816**

| Claim 10 | Infringement Analysis |
|---|---|
| 10. A data processing system comprising: | Non-limiting preamble.  By way of background, the e**X**tensible **B**usiness **R**eporting **L**anguage (**XBRL**) Financial Reporting standard (see http://www.xbrl.org/Specification/xbrl-recommendation-2003-12-31+corrected-errata-2012-01-25.htm) specifies a Report generation and formatting *data processing system* that uses a set of interrelated eXtensible Markup Language (**XML)-**formatted files containing tagged numerical data that specify:<br><br>(1) how *tagged numerical data* items to be formatted in an **XBRL Financial Report** are identified as a Fact (a *tagged numerical data* value that will be reported) related to a Concept (a particular Financial semantic meaning for the *tagged numerical data* value) in the context of the Taxonomy (a list of concepts to be included in the Financial Report, and a collection of XML-compliant documents (linkbases) that provide additional information that forms part of the concept definitions) for inclusion in a given **XBRL Financial Report** Instance Document (see XBRL "Essentials https://specifications.xbrl.org/xbrl-essentials.html),<br><br>(2) how the *numerical data* items are *tagged* in the XML-compliant **Instance Document** file (with a name ending in ".xml"), which indicates the content of the Financial Report, to facilitate association the related linkbases:<br>    (a) XML-compliant **Schema Definition** file (with a name ending in ".xsd") which contains formatting and semantic meaning information,<br>    (b) XML-compliant **Label** file (with a name ending in "_lab.xml") which indicates the label of the *numeric data value*,<br>    (c) XML-compliant **Calculation** file (with a name ending in "_cal.xml") which contains rules that determine how to combine information and to determine that the set of XML-compliant documents are valid,<br>    (d) XML-compliant **Definition** file (with a name ending in "_def.xml") relates concepts with other concepts,<br>    (e) XML-compliant **Presentation** file (with a name ending in "_pre.xml") This linkbase associates concepts with other concepts so that the resulting relations can guide the creation of a user interface, rendering, or visualization.<br><br>(3) how each *tagged numerical data* item is identified and categorized from the information contained in the referenced linkbases using the *tags*,<br><br>(4) how each *tagged numerical data* item is formatted for display,<br><br>(5) how each *tagged numerical data* item is displayed hierarchically in relation to other *tagged numerical data* items, |

**Claim Chart For U.S. Patent 8,185,816**

| Claim 10 | Infringement Analysis |
|---|---|
| | (6) how an individual *tagged numerical data* item is combined with other *tagged numerical data* items to yield a "summary" *tagged numerical data* item based on specified formulas relating to the semantic meaning associated with the *numerical data* item's *tag* in accordance with information contained in the XBRL Taxonomy file and the associated XBRL Calculation linkbase file, and |
| | (7) how the set of interrelated XBRL files are validated to ensure consistency and completeness of the information contained therein. |
| | The <u>XBRL Financial Reporting</u> standard specifies that each of the interrelated files comprising the XBRL Financial Report are encoded using the e**X**tensible **M**arkup **L**anguage (**XML**) syntax such that they may be interpreted, manipulated and displayed using standard *computer program products* such as a World Wide Web "browser" (e.g., Microsoft Internet Explorer, Apple Safari, Google Chrome, Mozilla Firefox, etc.) that is capable of interpreting the set of interrelated XML-compliant documents containing *tagged numerical data* items and implementing the formatting, computation formulas and rules required to validate and present the XBRL encoded Financial Report in human readable form through the use of a **"*A data processing system*"** |
| | Therefore, any preparation, editing and submission of a Financial Report that complies with the <u>XBRL Financial Reporting</u> standard by **Mattress Firm** would entail use of such "***A data processing system***" to perform the actions specified in the XBRL Instance Document and the associated linkbases. |
| a non-volatile storage device storing a first markup document and a second markup document, both the first markup document and the second markup document containing numerical values and tags reflecting characteristics of the numerical values, wherein the characteristics indicate that the numerical values | In accordance with the <u>XBRL Financial Reporting</u> standard as described above, **Mattress Firm**'s creating, editing and generating an XBRL-compliant Financial Report would require "***A data processing system comprising: a non-volatile storage device storing a first markup document and a second markup document, both the first markup document and the second markup document containing numerical values and tags reflecting characteristics of the numerical values, wherein the characteristics indicate that the numerical values of the first markup document differ in format from the numerical values of the second markup document;***" in order to perform adjustments to the scale factor (e.g., thousands ($1,000) vs. millions ($1,000,000)) as specified for the *numeric data value* for the XBRL-compliant Financial Report <u>Instance Document</u>.

The Taxonomy contained in the XBRL-compliant <u>Instance Document</u> specifies the specific *numeric data values* to be included in the Financial Report. Based on the <u>tags</u> associated with each *numeric data value* to be displayed, its label and scale factor are obtained from the referenced <u>linkbase</u> files and are used to generate the display with the specified scale factor. |

**Claim Chart For U.S. Patent 8,185,816**

| Claim 10 | Infringement Analysis |
|---|---|
| of the first markup document differ in format from the numerical values of the second markup document; | Therefore, any preparation, editing and submission of a Financial Report that complies with the <u>XBRL Financial Reporting</u> standard by **Mattress Firm** would require ***"A data processing system comprising: a non-volatile storage device storing a first markup document and a second markup document, both the first markup document and the second markup document containing numerical values and tags reflecting characteristics of the numerical values, wherein the characteristics indicate that the numerical values of the first markup document differ in format from the numerical values of the second markup document"*** to perform the actions specified in the XBRL Instance Document and the associated linkbases. |
| a memory storing a program that receives the first markup document and the second markup document, that automatically transforms the numerical values of at least one of the first markup document and the second markup document so that the numerical values of the first markup document and the second markup document have a common format, and that combines the first markup document and the second markup document into a single data set; | In accordance with the <u>XBRL Financial Reporting</u> standard as described above, **Mattress Firm**'s creating, editing and generating an XBRL-compliant Financial Report would require ***"A data processing system comprising:... a memory storing a program that receives the first markup document and the second markup document, that automatically transforms the numerical values of at least one of the first markup document and the second markup document so that the numerical values of the first markup document and the second markup document have a common format, and that combines the first markup document and the second markup document into a single data set;"*** in order to perform adjustments to the scale factor (e.g., thousands ($1,000) vs. millions ($1,000,000)) as specified for the *numeric data value* for the XBRL-compliant Financial Report <u>Instance Document</u>.

The Taxonomy contained in the XBRL-compliant <u>Instance Document</u> specifies the specific *numeric data values* to be included in the Financial Report. Based on the <u>tags</u> associated with each *numeric data value* to be displayed, its label and scale factor are obtained from the referenced <u>linkbase</u> files and are used to generate the display with the specified scale factor.

Therefore, any preparation, editing and submission of a Financial Report that complies with the <u>XBRL Financial Reporting</u> standard by **Mattress Firm** would require ***"A data processing system comprising:... a memory storing a program that receives the first markup document and the second markup document, that automatically transforms the numerical values of at least one of the first markup document and the second markup document so that the numerical values of the first markup document and the second markup document have a common format, and that combines the first markup document and the second markup document into a single data set"*** to perform the actions specified in the XBRL Instance Document and the associated linkbases. |
| and a processor that runs the program. | In accordance with the <u>XBRL Financial Reporting</u> standard as described above, **Mattress Firm**'s creating, editing and generating an XBRL-compliant Financial Report would require ***"A data processing system comprising:... a processor that runs the program*** in order to perform adjustments to the scale factor (e.g., thousands ($1,000) vs. millions ($1,000,000)) as specified for the *numeric data value* for the XBRL-compliant Financial Report <u>Instance Document</u>. |

**Claim Chart For U.S. Patent 8,185,816**

| Claim 10 | Infringement Analysis |
|---|---|
| | The Taxonomy contained in the XBRL-compliant <u>Instance Document</u> specifies the specific *numeric data values* to be included in the Financial Report. Based on the <u>tags</u> associated with each *numeric data value* to be displayed, its label and associated display format are obtained from the referenced linkbase files and are used to display the ***single data set*** as specified in the <u>Instance Document</u>. Where calculated composite *numeric data values* that summarize individual *numeric data values* with differing scale factors are needed, the Calculation Rules are used to display the combined *numeric data values* in accordance with the Taxonomy's specified display format), adjusting the calculation to accommodate the differing scale factors.<br><br>Therefore, any preparation, editing and submission of a Financial Report that complies with the <u>XBRL Financial Reporting</u> standard by **Mattress Firm** would require "***A data processing system comprising:…and a processor that runs the program"*** to perform the actions specified in the XBRL Instance Document and the associated linkbases. |

**Claim Chart For U.S. Patent 8,185,816**

| Claim 17 | Infringement Analysis |
|---|---|
| 17. A non-transitory computer-readable medium containing instructions for controlling a data processing system to perform a method comprising: | Non-limiting preamble.  By way of background, the e**X**tensible **B**usiness **R**eporting **L**anguage (XBRL) Financial Reporting standard (see http://www.xbrl.org/Specification/xbrl-recommendation-2003-12-31+corrected-errata-2012-01-25.htm) specifies a Report generation and formatting process using ***"A non-transitory computer-readable medium containing instructions for controlling a data processing system to perform a method"*** that uses a set of interrelated eXtensible Markup Language (**XML**)-formatted files containing tagged numerical data that specify:<br><br>(1) how *tagged numerical data* items to be formatted in an **XBRL Financial Report** are identified as a Fact (a *tagged numerical data* value that will be reported) related to a Concept (a particular Financial semantic meaning for the *tagged numerical data* value) in the context of the Taxonomy (a list of concepts to be included in the Financial Report, and a collection of XML-compliant documents (linkbases) that provide additional information that forms part of the concept definitions) for inclusion in a given **XBRL Financial Report** Instance Document (see XBRL "Essentials https://specifications.xbrl.org/xbrl-essentials.html),<br><br>(2) how the *numerical data* items are *tagged* in the XML-compliant **Instance Document** file (with a name ending in ".xml"), which indicates the content of the Financial Report, to facilitate association the related linkbases:<br>      (a) XML-compliant **Schema Definition** file (with a name ending in ".xsd") which contains formatting and semantic meaning information,<br>      (b) XML-compliant **Label** file (with a name ending in "_lab.xml") which indicates the label of the *numeric data value*,<br>      (c) XML-compliant **Calculation** file (with a name ending in "_cal.xml") which contains rules that determine how to combine information and to determine that the set of XML-compliant documents are valid,<br>      (d) XML-compliant **Definition** file (with a name ending in "_def.xml") relates concepts with other concepts,<br>      (e) XML-compliant **Presentation** file (with a name ending in "_pre.xml") This linkbase associates concepts with other concepts so that the resulting relations can guide the creation of a user interface, rendering, or visualization.<br><br>(3) how each *tagged numerical data* item is identified and categorized from the information contained in the referenced linkbases using the *tags*,<br><br>(4) how each *tagged numerical data* item is formatted for display,<br><br>(5) how each *tagged numerical data* item is displayed hierarchically in relation to other *tagged numerical data* items, |

| | |
|---|---|
| | (6) how an individual *tagged numerical data* item is combined with other *tagged numerical data* items to yield a "summary" *tagged numerical data* item based on specified formulas relating to the semantic meaning associated with the *numerical data* item's *tag* in accordance with information contained in the XBRL Taxonomy file and the associated XBRL Calculation linkbase file, and |
| | (7) how the set of interrelated XBRL files are validated to ensure consistency and completeness of the information contained therein. |
| | The <u>XBRL Financial Reporting</u> standard specifies that each of the interrelated files comprising the XBRL Financial Report are encoded using the e**X**tensible **M**arkup **L**anguage (**XML**) syntax such that they may be interpreted, manipulated and displayed using standard *computer program products* such as a World Wide Web "browser" (e.g., Microsoft Internet Explorer, Apple Safari, Google Chrome, Mozilla Firefox, etc.) that is capable of interpreting the set of interrelated XML-compliant documents containing *tagged numerical data* items and implementing the formatting, computation formulas and rules required to validate and present the XBRL encoded Financial Report in human readable form through the use of a ***"A non-transitory computer-readable medium containing instructions for controlling a data processing system to perform a method"*** |
| | Therefore, any preparation, editing and submission of a Financial Report that complies with the <u>XBRL Financial Reporting</u> standard by **Mattress Firm** would entail use of such "***A non-transitory computer-readable medium containing instructions for controlling a data processing system to perform a method***" to perform the actions specified in the XBRL Instance Document and the associated linkbases. |
| receiving a first markup document and a second markup document, both the first markup document and the second markup document containing numerical values and tags reflecting characteristics of the numerical values, wherein the characteristics indicate | In accordance with the <u>XBRL Financial Reporting</u> standard as described above, **Mattress Firm**'s creating, editing and generating an XBRL-compliant Financial Report would require "***A non-transitory computer-readable medium containing instructions for controlling a data processing system to perform a method comprising:  receiving a first markup document and a second markup document, both the first markup document and the second markup document containing numerical values and tags reflecting characteristics of the numerical values, wherein the characteristics indicate that the numerical values of the first markup document differ in format from the numerical values of the second markup document;"*** the scale factor (e.g., thousands ($1,000) vs. millions ($1,000,000)) as specified for the *numeric data value* for the XBRL-compliant Financial Report <u>Instance Document</u>. |
| | The Taxonomy contained in the XBRL-compliant <u>Instance Document</u> specifies the specific *numeric data values* to be included in the Financial Report. Based on the <u>tags</u> associated with each *numeric data value* to be displayed, its label and scale factor are obtained from the referenced <u>linkbase</u> files and are used to generate the display with the |

| | |
|---|---|
| that the numerical values of the first markup document differ in format from the numerical values of the second markup document; | specified scale factor.<br><br>Therefore, any preparation, editing and submission of a Financial Report that complies with the <u>XBRL Financial Reporting</u> standard by **Mattress Firm** would require *"**A non-transitory computer-readable medium containing instructions for controlling a data processing system to perform a method comprising: receiving a first markup document and a second markup document, both the first markup document and the second markup document containing numerical values and tags reflecting characteristics of the numerical values, wherein the characteristics indicate that the numerical values of the first markup document differ in format from the numerical values of the second markup document"** to perform the actions specified in the XBRL <u>Instance Document</u> and the associated <u>linkbases</u>. |
| automatically transforming the numerical values of at least one of the first markup document and the second markup document, so that the numerical values of the first markup document and the second markup document have a common format; | In accordance with the <u>XBRL Financial Reporting</u> standard as described above, **Mattress Firm**'s creating, editing and generating an XBRL-compliant Financial Report would require *"**A non-transitory computer-readable medium containing instructions for controlling a data processing system to perform a method comprising: … automatically transforming the numerical values of at least one of the first markup document and the second markup document, so that the numerical values of the first markup document and the second markup document have a common format;"** the scale factor (e.g., thousands ($1,000) vs. millions ($1,000,000)) as specified for the *numeric data value* for the XBRL-compliant Financial Report <u>Instance Document</u>.<br><br>The Taxonomy contained in the XBRL-compliant <u>Instance Document</u> specifies the specific *numeric data values* to be included in the Financial Report. Based on the <u>tags</u> associated with each *numeric data value* to be displayed, its label and scale factor are obtained from the referenced <u>linkbase</u> files and are used to generate the display with the specified scale factor.<br><br>Therefore, any preparation, editing and submission of a Financial Report that complies with the <u>XBRL Financial Reporting</u> standard by **Mattress Firm** would require *"**A non-transitory computer-readable medium containing instructions for controlling a data processing system to perform a method comprising: … automatically transforming the numerical values of at least one of the first markup document and the second markup document, so that the numerical values of the first markup document and the second markup document have a common format"** to perform the actions specified in the XBRL Instance Document and the associated linkbases. |
| combining the first markup document and the second markup document into a single | In accordance with the <u>XBRL Financial Reporting</u> standard as described above, **Mattress Firm**'s creating, editing and generating an XBRL-compliant Financial Report would require *"**A non-transitory computer-readable medium containing instructions for controlling a data processing system to perform a method comprising: … combining the first markup document and the second markup document into a single data set;"** the scale factor (e.g., |

| data set; | thousands ($1,000) vs. millions ($1,000,000)) as specified for the *numeric data value* for the XBRL-compliant Financial Report <u>Instance Document</u>.<br><br>The Taxonomy contained in the XBRL-compliant <u>Instance Document</u> specifies the specific *numeric data values* to be included in the Financial Report. Based on the <u>tags</u> associated with each *numeric data value* to be displayed, its label associated display format are obtained from the referenced linkbase files and are used to generate the ***single data set*** as specified in the <u>Instance Document</u>. Where calculated composite *numeric data values* that summarize individual *numeric data values* with differing scale factors are needed, the Calculation Rules are used to generate the combined *numeric data values* in accordance with the Taxonomy's specified scale factor.<br><br>Therefore, any preparation, editing and submission of a Financial Report that complies with the <u>XBRL Financial Reporting</u> standard by **Mattress Firm** would require "***A non-transitory computer-readable medium containing instructions for controlling a data processing system to perform a method comprising: . . . combining the first markup document and the second markup document into a single data set***" to perform the actions specified in the XBRL Instance Document and the associated linkbases. |
|---|---|
| and displaying the single data set. | In accordance with the <u>XBRL Financial Reporting</u> standard as described above, **Mattress Firm**'s creating, editing and generating an XBRL-compliant Financial Report would require "***A non-transitory computer-readable medium containing instructions for controlling a data processing system to perform a method comprising: . . . displaying the single data set***"in order to perform the adjustments to the scale factor (e.g., thousands ($1,000) vs. millions ($1,000,000)) as specified for the *numeric data value* for the XBRL-compliant Financial Report <u>Instance Document</u>.<br><br>The Taxonomy contained in the XBRL-compliant <u>Instance Document</u> specifies the *specific numeric data values* to be included in the Financial Report. Based on the <u>tags</u> associated with each *numeric data value* to be displayed, its label and associated display format are obtained from the referenced linkbase files and are used to display the ***single data set*** as specified in the <u>Instance Document</u>. Where calculated composite *numeric data values* that summarize individual *numeric data values* with differing scale are needed, the Calculation Rules are used to display the combined *numeric data values* in accordance with the Taxonomy's specified scale factor.<br><br>Therefore, any preparation, editing and submission of a Financial Report that complies with the <u>XBRL Financial Reporting</u> standard by **Mattress Firm** would require "***A non-transitory computer-readable medium containing instructions for controlling a data processing system to perform a method comprising…displaying the single data set***" as specified in the XBRL Instance Document and the associated linkbases. |

| Claim 26 | Infringement Analysis |
|---|---|
| 26. A data processing system comprising: | Non-limiting preamble.  By way of background, the e**X**tensible **B**usiness **R**eporting **L**anguage (**XBRL**) Financial Reporting standard (see http://www.xbrl.org/Specification/xbrl-recommendation-2003-12-31+corrected-errata-2012-01-25.htm) specifies a Report generation and formatting ***method*** that uses a set of interrelated eXtensible Markup Language (**XML**)-formatted files containing tagged numerical data in ***a data processing system*** that specify: |
| | (1) how *tagged numerical data* items to be formatted in an **XBRL Financial Report** are identified as a Fact (a *tagged numerical data* value that will be reported) related to a Concept (a particular Financial semantic meaning for the *tagged numerical data* value) in the context of the Taxonomy (a list of concepts to be included in the Financial Report, and a collection of XML-compliant documents (linkbases) that provide additional information that forms part of the concept definitions) for inclusion in a given **XBRL Financial Report** Instance Document (see XBRL "Essentials https://specifications.xbrl.org/xbrl-essentials.html), |
| | (2) how the *numerical data* items are *tagged* in the XML-compliant **Instance Document** file (with a name ending in ".xml"), which indicates the content of the Financial Report, to facilitate association the related linkbases: |
| |       (a) XML-compliant **Schema Definition** file (with a name ending in ".xsd") which contains formatting and semantic meaning information, |
| |       (b) XML-compliant **Label** file (with a name ending in "_lab.xml") which indicates the label of the *numeric data value*, |
| |       (c) XML-compliant **Calculation** file (with a name ending in "_cal.xml") which contains rules that determine how to combine information and to determine that the set of XML-compliant documents are valid, |
| |       (d) XML-compliant **Definition** file (with a name ending in "_def.xml") relates concepts with other concepts, |
| |       (e) XML-compliant **Presentation** file (with a name ending in "_pre.xml") This linkbase associates concepts with other concepts so that the resulting relations can guide the creation of a user interface, rendering, or visualization. |
| | (3) how each *tagged numerical data* item is identified and categorized from the information contained in the referenced linkbases using the *tags*, |
| | (4) how each *tagged numerical data* item is formatted for display, |
| | (5) how each *tagged numerical data* item is displayed hierarchically in relation to other *tagged numerical data* items, |

**Claim Chart For U.S. Patent 8,185,816**

| Claim 26 | Infringement Analysis |
|---|---|
| | (6) how an individual *tagged numerical data* item is combined with other *tagged numerical data* items to yield a "summary" *tagged numerical data* item based on specified formulas relating to the semantic meaning associated with the *numerical data* item's *tag* in accordance with information contained in the XBRL Taxonomy file and the associated XBRL Calculation linkbase file, and

(7) how the set of interrelated XBRL files are validated to ensure consistency and completeness of the information contained therein.

The <u>XBRL Financial Reporting</u> standard specifies that each of the interrelated files comprising the XBRL Financial Report are encoded using the e**X**tensible **M**arkup **L**anguage (**XML**) syntax such that they may be interpreted, manipulated and displayed using standard *computer program products* such as a World Wide Web "browser" (e.g., Microsoft Internet Explorer, Apple Safari, Google Chrome, Mozilla Firefox, etc.) that is capable of interpreting the set of interrelated XML-compliant documents containing *tagged numerical data* items and implementing the formatting, computation formulas and rules required to validate and present the XBRL encoded Financial Report in human readable form through the use of a "*a data processing system.*"

Therefore, any preparation, editing and submission of a Financial Report that complies with the <u>XBRL Financial Reporting</u> standard by **Mattress Firm** would entail use of such "*a data processing system*" to perform the actions specified in the XBRL Instance Document and the associated linkbases. |
| means for receiving a first markup document and a second markup document, both the first markup document and the second markup document containing numerical values and tags reflecting characteristics of the numerical values, wherein the characteristics indicate that the numerical values | In accordance with the <u>XBRL Financial Reporting</u> standard as described above, **Mattress Firm**'s creating, editing and generating an XBRL-compliant Financial Report would require "***A data processing system comprising:  means for receiving a first markup document and a second markup document, both the first markup document and the second markup document containing numerical values and tags reflecting characteristics of the numerical values, wherein the characteristics indicate that the numerical values of the first markup document differ in format from the numerical values of the second markup document***" the scale factor (e.g., thousands ($1,000)) vs. millions ($1,000,000)) as specified for the *numeric data value* for the XBRL-compliant Financial Report <u>Instance Document</u>.

The Taxonomy contained in the XBRL-compliant <u>Instance Document</u> specifies the specific *numeric data value*s to be included in the Financial Report. Based on the <u>tags</u> associated with each *numeric data value* to be displayed, its label and scale factor are is obtained from the referenced linkbase files files and are used to generate the display with the specified scale factor. |

**Claim Chart For U.S. Patent 8,185,816**

| Claim 26 | Infringement Analysis |
|---|---|
| of the first markup document differ in format from the numerical values of the second markup document; | Therefore, any preparation, editing and submission of a Financial Report that complies with the <u>XBRL Financial Reporting</u> standard by **Mattress Firm** would require ***"A data processing system comprising:  means for receiving a first markup document and a second markup document, both the first markup document and the second markup document containing numerical values and tags reflecting characteristics of the numerical values, wherein the characteristics indicate that the numerical values of the first markup document differ in format from the numerical values of the second markup document"*** to perform the actions specified in the XBRL Instance Document and the associated linkbases. |
| means for automatically transforming the numerical values of at least one of the first markup document and the second markup document, so that the numerical values of the first markup document and the second markup document have a common format; | In accordance with the <u>XBRL Financial Reporting</u> standard as described above, **Mattress Firm**'s creating, editing and generating an XBRL-compliant Financial Report would require "***A data processing system comprising:… means for  automatically transforming the numerical values of at least one of the first markup document and the second markup document, so that the numerical values of the first markup document and the second markup document have a common format"*** in order to perform adjustments to the scale factor (e.g., thousands ($1,000) vs. millions ($1,000,000)) as specified for the *numeric data value* for the XBRL-compliant Financial Report <u>Instance Document</u>.

The Taxonomy contained in the XBRL-compliant <u>Instance Document</u> specifies the specific *numeric data values* to be included in the Financial Report. Based on the <u>tags</u> associated with each *numeric data value* to be displayed, its label and scale factor are obtained from the referenced <u>linkbase</u> files and are used to generate the display with the specified scale factor.

Therefore, any preparation, editing and submission of a Financial Report that complies with the <u>XBRL Financial Reporting</u> standard by **Mattress Firm** would require "***A data processing system comprising:….means for automatically transforming the numerical values of at least one of the first markup document and the second markup document, so that the numerical values of the first markup document and the second markup document have a common format"*** to perform the actions specified in the XBRL <u>Instance Document</u> and the associated <u>linkbases</u>. |
| means for combining the first markup document and the second markup document into a single data; | In accordance with the <u>XBRL Financial Reporting</u> standard as described above, **Mattress Firm**'s creating, editing and generating an XBRL-compliant Financial Report would require "***A data processing system comprising:… means for combining the first markup document and the second markup document into a single data"*** *"* in order to perform adjustments to the scale factor (e.g., thousands ($1,000) vs. millions ($1,000,000)) as specified for the *numeric data value* for the XBRL-compliant Financial Report <u>Instance Document</u>. |

**Claim Chart For U.S. Patent 8,185,816**

| Claim 26 | Infringement Analysis |
|---|---|
|  | The Taxonomy contained in the XBRL-compliant <u>Instance Document</u> specifies the specific *numeric data values* to be included in the Financial Report. Based on the <u>tags</u> associated with each *numeric data value* to be displayed, its label and associated display format are obtained from the referenced linkbase files and are used to generate the ***single data set*** as specified in the <u>Instance Document</u>. Where calculated composite *numeric data values* that summarize individual *numeric data values* with differing scale are needed, the Calculation Rules are used to generate the combined *numeric data values* in accordance with the Taxonomy's specified scale factor.<br><br>Therefore, any preparation, editing and submission of a Financial Report that complies with the <u>XBRL Financial Reporting</u> standard by **Mattress Firm** would require "***A data processing system comprising…*** a ***means for combining the first markup document and the second markup document into a single data***" to perform the actions specified in the XBRL Instance Document and the associated linkbases. |
| and means for displaying the single data set. | In accordance with the <u>XBRL Financial Reporting</u> standard as described above, **Mattress Firm**'s creating, editing and generating an XBRL-compliant Financial Report would require "***A data processing system comprising:… means for displaying the single data set***.<br><br>The Taxonomy contained in the XBRL-compliant <u>Instance Document</u> specifies the specific *numeric data values* to be included in the Financial Report. Based on the <u>tags</u> associated with each *numeric data value* to be displayed, its label and associated display format are obtained from the referenced <u>linkbase</u> files and are used to display the ***single data set*** as specified in the <u>Instance Document</u>. Where calculated composite *numeric data values* that summarize individual *numeric data values* with differing scale factors are needed, the Calculation Rules are used to display the combined *numeric data values* in accordance with the Taxonomy's specified scale factor.<br><br>Therefore, any preparation, editing and submission of a Financial Report that complies with the <u>XBRL Financial Reporting</u> standard by **Mattress Firm** would require "***A data processing system comprising:… means for displaying the single data set***" results as specified in the XBRL Instance Document and the associated linkbases. |

<u>Claim Chart For U.S. Patent 8,185,816</u>

| Claim 27 | Infringement Analysis |
|---|---|
| 27. A method in a data processing system, comprising the steps of: | Non-limiting preamble.  By way of background, the e**X**tensible **B**usiness **R**eporting **L**anguage (**XBRL**) Financial Reporting standard (see http://www.xbrl.org/Specification/xbrl-recommendation-2003-12-31+corrected-errata-2012-01-25.htm) specifies a Report generation and formatting ***method*** that uses a set of interrelated eXtensible Markup Language (**XML**)-formatted files containing tagged numerical data ***in a data processing system*** that specify:<br><br>(1) how *tagged numerical data* items to be formatted in an **XBRL Financial Report** are identified as a <u>Fact</u> (a *tagged numerical data* value that will be reported) related to a <u>Concept</u> (a particular Financial semantic meaning for the *tagged numerical data* value) in the context of the Taxonomy (a list of <u>concepts</u> to be included in the Financial Report, and a collection of XML-compliant documents (<u>linkbases</u>) that provide additional information that forms part of the concept definitions) for inclusion in a given **XBRL Financial Report** <u>Instance Document</u> (see XBRL "Essentials https://specifications.xbrl.org/xbrl-essentials.html),<br><br>(2) how the *numerical data* items are *tagged* in the XML-compliant **Instance Document** file (with a name ending in ".xml"), which indicates the content of the Financial Report, to facilitate association the related linkbases:<br>    (a) XML-compliant **Schema Definition** file (with a name ending in ".xsd") which contains formatting and semantic meaning information,<br>    (b) XML-compliant **Label** file (with a name ending in "_lab.xml") which indicates the label of the *numeric data value*,<br>    (c) XML-compliant **Calculation** file (with a name ending in "_cal.xml") which contains rules that determine how to combine information and to determine that the set of XML-compliant documents are valid,<br>    (d) XML-compliant **Definition** file (with a name ending in "_def.xml") relates concepts with other concepts,<br>    (e) XML-compliant **Presentation** file (with a name ending in "_pre.xml") This linkbase associates concepts with other concepts so that the resulting relations can guide the creation of a user interface, rendering, or visualization.<br><br>(3) how each *tagged numerical data* item is identified and categorized from the information contained in the referenced linkbases using the *tags*,<br><br>(4) how each *tagged numerical data* item is formatted for display, |

**Claim Chart For U.S. Patent 8,185,816**

| Claim 27 | Infringement Analysis |
|---|---|
| | (5) how each *tagged numerical data* item is displayed hierarchically in relation to other *tagged numerical data* items, |
| | (6) how an individual *tagged numerical data* item is combined with other *tagged numerical data* items to yield a "summary" *tagged numerical data* item based on specified formulas relating to the semantic meaning associated with the *numerical data* item's *tag* in accordance with information contained in the XBRL Taxonomy file and the associated XBRL Calculation linkbase file, and |
| | (7) how the set of interrelated XBRL files are validated to ensure consistency and completeness of the information contained therein. |
| | The **XBRL Financial Reporting standard** specifies that each of the interrelated files comprising the XBRL Financial Report are encoded using the e**X**tensible **M**arkup **L**anguage (**XML**) syntax such that they may be interpreted, manipulated and displayed using standard *computer program products* such as a World Wide Web "browser" (e.g., Microsoft Internet Explorer, Apple Safari, Google Chrome, Mozilla Firefox, etc.) that is capable of interpreting the set of interrelated XML-compliant documents containing *tagged numerical data* items and implementing the formatting, computation formulas and rules required to validate and present the XBRL encoded Financial Report in human readable form through the use of **"A method in a data processing system."** |
| | Therefore, any preparation, editing and submission of a Financial Report that complies with the XBRL Financial Reporting standard by **Mattress Firm** would entail use of such **"A method in a data processing system"** to perform the actions specified in the XBRL Instance Document and the associated linkbases. |
| receiving a request for a numerical value, the request indicating at least one characteristic of the numerical value; | In accordance with the XBRL Financial Reporting standard as described above, **Mattress Firm**'s creating, editing and generating an XBRL-compliant Financial Report would require "***A method in a data processing system, comprising the steps of: receiving a request for a numerical value, the request indicating at least one characteristic of the numerical value***" in order to obtain a value for the numerical value and at least one characteristic as required by the XBRL-compliant Instance Document and the associated XML-compliant "tag" that is needed to access the various attributes contained in the XBRL linkbases.

The Taxonomy contained in the XBRL-compliant Instance Document specifies the specific *numeric data values* to be included in the Financial Report. Based on the tag associated with the *numerical data value* to be displayed, its characteristics (e.g., label, display format, calculation rules, validation rules, etc.) are obtained from the referenced linkbase files and are used to request the numeric value and at least one characteristic that describes |

**Claim Chart For U.S. Patent 8,185,816**

| Claim 27 | Infringement Analysis |
|---|---|
| | the data value.<br><br>Therefore, any preparation, editing and submission of a Financial Report that complies with the <u>XBRL Financial Reporting</u> standard by **Mattress Firm** would require ***"A method in a data processing system, comprising the steps of:  receiving a request for a numerical value, the request indicating at least one characteristic of the numerical value"*** to perform the actions specified in the XBRL Instance Document and the associated linkbases. |
| receiving a first markup document and a second markup document, both the first markup document and the second markup document containing numerical values and tags reflecting characteristics of the numerical values, wherein the characteristics indicate that the numerical values of the first markup document differ in format from the numerical values of the second markup document, and wherein at least one of the tags has the indicated characteristic of the requested numerical value; | In accordance with the <u>XBRL Financial Reporting</u> standard as described above, **Mattress Firm**'s creating, editing and generating an XBRL-compliant Financial Report would require "***A method in a data processing system, comprising the steps of: … receiving a first markup document and a second markup document, both the first markup document and the second markup document containing numerical values and tags reflecting characteristics of the numerical values, wherein the characteristics indicate that the numerical values of the first markup document differ in format from the numerical values of the second markup document, and wherein at least one of the tags has the indicated characteristic of the requested numerical value"*** in order to perform the adjustments to the scale factor (e.g., thousands ($1,000) vs. millions ($1,000,000)) as specified for the *numeric data value* for the XBRL-compliant Financial Report <u>Instance Document</u>.<br><br>The Taxonomy contained in the XBRL-compliant <u>Instance Document</u> specifies the specific *numeric data values* to be included in the Financial Report. Based on the <u>tags</u> associated with each *numeric data value* to be displayed, its label and scale factor is obtained from the referenced <u>linkbase</u> files and are used to generate the display with the specified scale factor.<br><br>Therefore, any preparation, editing and submission of a Financial Report that complies with the <u>XBRL Financial Reporting</u> standard by **Mattress Firm** would require ***"A method in a data processing system, comprising the steps of:… receiving a first markup document and a second markup document, both the first markup document and the second markup document containing numerical values and tags reflecting characteristics of the numerical values, wherein the characteristics indicate that the numerical values of the first markup document differ in format from the numerical values of the second markup document, and wherein at least one of the tags has the indicated characteristic of the requested numerical value"*** to perform the actions specified in the XBRL Instance Document and the associated linkbases. |
| automatically transforming the numerical values of at | In accordance with the <u>XBRL Financial Reporting</u> standard as described above, **Mattress Firm**'s creating, editing and generating an XBRL-compliant Financial Report would require "***A method in a data processing system, comprising the steps of: …automatically transforming the numerical values of at least one of the first markup*** |

**Claim Chart For U.S. Patent 8,185,816**

| Claim 27 | Infringement Analysis |
|---|---|
| least one of the first markup document and the second markup document, so that the numerical values of the first markup document and the second markup document have a common format; | ***document and the second markup document, so that the numerical values of the first markup document and the second markup document have a common format;"*** in order to perform the adjustments to the scale factor (e.g., thousands ($1,000) vs. millions ($1,000,000)) as specified for the *numeric data value* for the XBRL-compliant Financial Report <u>Instance Document</u>.<br><br>The Taxonomy contained in the XBRL-compliant <u>Instance Document</u> specifies the specific *numeric data values* to be included in the Financial Report. Based on the <u>tags</u> associated with each *numeric data value* to be displayed, its label and scale factor are obtained from the referenced <u>linkbase</u> files and are used to generate the display with the specified scale factor.<br><br>Therefore, any preparation, editing and submission of a Financial Report that complies with the <u>XBRL Financial Reporting</u> standard by **Mattress Firm** would require "***A method in a data processing system, comprising the steps of: … automatically transforming the numerical values of at least one of the first markup document and the second markup document, so that the numerical values of the first markup document and the second markup document have a common format"*** to perform the actions specified in the XBRL Instance Document and the associated <u>linkbases</u>. |
| combining the first markup document and the second markup document into a single data set; | In accordance with the <u>XBRL Financial Reporting</u> standard as described above, **Mattress Firm**'s creating, editing and generating an XBRL-compliant Financial Report would require "***A method in a data processing system, comprising the steps of:… combining the first markup document and the second markup document into a single data set"*** in order to perform the adjustments to the scale factor (e.g., thousands ($1,000) vs. millions ($1,000,000)) as specified for the *numeric data value* for the XBRL-compliant Financial Report <u>Instance Document</u>.<br><br>The Taxonomy contained in the XBRL-compliant <u>Instance Document</u> specifies the specific *numeric data values* to be included in the Financial Report. Based on the <u>tags</u> associated with each *numeric data value* to be displayed, its label and associated display format are obtained from the referenced <u>linkbase</u> files and are used to generate the ***single data set*** as specified in the <u>Instance Document</u>. Where calculated composite *numeric data values* that summarize individual *numeric data values* with differing scale factors are needed, the Calculation Rules are used to generate the combined *numeric data values* in accordance with the Taxonomy's specified scale factor.<br><br>Therefore, any preparation, editing and submission of a Financial Report that complies with the <u>XBRL Financial Reporting</u> standard by **Mattress Firm** would require "***A method in a data processing system, comprising the steps of:… combining the first markup document and the second markup document into a single data set"*** to perform the actions specified in the XBRL Instance Document and the associated <u>linkbases</u>. |

**Claim Chart For U.S. Patent 8,185,816**

| Claim 27 | Infringement Analysis |
|---|---|
| displaying the single data set; | In accordance with the <u>XBRL Financial Reporting</u> standard as described above, **Mattress Firm**'s creating, editing and generating an XBRL-compliant Financial Report would require "***A method in a data processing system, comprising the steps of:… displaying the single data set.***" in order to perform the adjustments to the scale factor (e.g., thousands ($1,000) vs. millions ($1,000,000)) as specified for the *numeric data value* for the XBRL-compliant Financial Report <u>Instance Document</u>.<br><br>The Taxonomy contained in the XBRL-compliant <u>Instance Document</u> specifies the specific *numeric data values* to be included in the Financial Report. Based on the <u>tags</u> associated with each *numeric data value* to be displayed, its label and associated display format are obtained from the referenced <u>linkbase</u> files and are used to display the ***single data set*** as specified in the <u>Instance Document</u>. Where calculated composite *numeric data values* that summarize individual *numeric data values* with differing scale factors are needed, the Calculation Rules are used to display the combined *numeric data values* in accordance with the Taxonomy's specified scale factor.<br><br>Therefore, any preparation, editing and submission of a Financial Report that complies with the <u>XBRL Financial Reporting</u> standard by **Mattress Firm** would require ***A method in a data processing system, comprising the steps of… displaying the single data set***" to the results as specified in the XBRL Instance Document and the associated <u>linkbases</u>. |
| and manipulating the display of the single data set using the tags reflecting the characteristics of the numerical values. | In accordance with the <u>XBRL Financial Reporting</u> standard as described above, **Mattress Firm**'s creating, editing and generating an XBRL-compliant Financial Report would require "***A method in a data processing system, comprising the steps of:… manipulating the display of the single data set using the tags reflecting the characteristics of the numerical values***" in order to display the single data set in accordance with the specification contained in the XBRL-compliant <u>Instance Document</u> and its associated <u>linkbases</u>.<br><br>The Taxonomy contained in the XBRL-compliant <u>Instance Document</u> specifies the specific *numeric data values* to be included in the Financial Report. Based on the <u>tags</u> associated with each *numeric data value* to be displayed, its characteristics (e.g., label, scale factor and associated display format) are obtained from the referenced <u>linkbase</u> files and are used to display the ***single data set*** as specified in the <u>Instance Document</u>. Where calculated composite *numeric data values* that summarize individual *numeric data values* with differing scale factors are needed, the Calculation Rules are used to display the combined *numeric data values* in accordance with the Taxonomy's specified scale factor.<br><br>Therefore, any preparation, editing and submission of a Financial Report that complies with the <u>XBRL Financial Reporting</u> standard by **Mattress Firm** would require ***A method in a data processing system, comprising the steps*** |

**Claim Chart For U.S. Patent 8,185,816**

| Claim 27 | Infringement Analysis |
|---|---|
| | ***of… manipulating the display of the single data set using the tags reflecting the characteristics of the numerical values"*** to the results as specified in the XBRL Instance Document and the associated <u>linkbases</u>. |

**Claim Chart For Second Amended Complaint For U.S. Patent 8,185,816**

| Claim | Infringement Analysis |
|---|---|
| 1. A method in a data processing system, comprising the steps of: receiving a first markup document and a second markup document, both the first markup document and the second markup document including numerical values and tags reflecting characteristics of the numerical values, wherein the characteristics indicate that the numerical values of the first markup document differ in format from the numerical values of the second markup document; automatically transforming the numerical values of at least one of the first markup document and the second markup document, so that the numerical values of the first markup document and the second markup document have a common format; combining the first markup document and the second markup document into a single data set; and displaying the single data set. | |
| 2. The method of claim 1 further comprising: resolving conflicts between the characteristics of the first markup document and the second markup document. | |
| 3. The method of claim 1, wherein the displaying step further comprises a step of: manipulating the display of the single data set using the tags reflecting the characteristics of the numerical values. | Since all XBRL tags and tag values are specified in the XBRL Linkbases (i.e., Schema Definition, Label, Calculation, Definition & Presentation files), any XBRL Instance Document (i.e., "Markup Document") creation, editing and display implementation would have to *manipulate the display of the single data set using the tags reflecting the characteristics of the numerical values*, using format and semantic information extracted from the Schema Definition, Definition and Presentation Linkbases, and therefore would infringe this claim. |
| 4. The method of claim 1, wherein the characteristics include at least one of a magnitude, scale, modifier, unit, and measure of the numerical values, and wherein the method further includes: manipulating the display of the single data set using the tags, wherein the tags reflect at least one of the magnitude, scale, modifier, unit, and measure characteristics of the numerical values. | Since all XBRL tags and tag values are specified in the XBRL Linkbases (i.e., Schema Definition, Label, Calculation, Definition & Presentation files), any XBRL Instance Document (i.e., "Markup Document") creation, editing and display implementation would have to *manipulate the display of the single data set using the tags reflecting the characteristics of the numerical values*, using format and semantic information extracted from the Schema Definition, Definition and Presentation Linkbases, and therefore would infringe this claim. |

**Claim Chart For Second Amended Complaint For U.S. Patent 8,185,816**

| | |
|---|---|
| 5. The method of claim 1, wherein the characteristics include a magnitude of the numerical values, and wherein the method further includes: manipulating the display of the single data set using one of the tags, the tag reflecting the magnitude of the numerical values. | Since all XBRL tags and tag values are specified in the XBRL Linkbases (i.e., Schema Definition, Label, Calculation, Definition & Presentation files), any XBRL Instance Document (i.e., "Markup Document") creation, editing and display implementation would have to include a method to capture the *magnitude of the numerical values, and the method further would have to include: manipulating the display of the single data set using one of the tags, the tag reflecting the magnitude of the numerical values*, using format and semantic information extracted from the Schema Definition, Definition, Calculation and Presentation Linkbases, and therefore would infringe this claim. |
| 6. The method of claim 1, wherein the characteristics include a scale of the numerical values, and wherein the method further includes: manipulating the display of the single data set using one of the tags, the tag reflecting the scale of the numerical values. | Since all XBRL tags and tag values are specified in the XBRL Linkbases (i.e., Schema Definition, Label, Calculation, Definition & Presentation files), any XBRL Instance Document (i.e., "Markup Document") creation, editing and display implementation would have to include a method to capture the *scale of the numerical values, and the method further would have to include: manipulating the display of the single data set using one of the tags, the tag reflecting the scale of the numerical values*, using format and semantic information extracted from the Schema Definition, Definition, Calculation and Presentation Linkbases, and therefore would infringe this claim. |
| 7. The method of claim 1, wherein the characteristics include a modifier of the numerical values, and wherein the method further includes: manipulating the display of the single data set using one of the tags, the tag reflecting the modifier of the numerical values. | Since all XBRL tags and tag values are specified in the XBRL Linkbases (i.e., Schema Definition, Label, Calculation, Definition & Presentation files), any XBRL Instance Document (i.e., "Markup Document") creation, editing and display implementation would have to include a method to capture the *modifier of the numerical values, and the method further would have to include: manipulating the display of the single data set using one of the tags, the tag reflecting the modifier of the numerical values*, using format and semantic information extracted from the Schema Definition, Definition, Calculation and Presentation Linkbases, and therefore would infringe this claim. |

**Claim Chart For Second Amended Complaint For U.S. Patent 8,185,816**

| | |
|---|---|
| 8. The method of claim 1, wherein the characteristics include a unit of the numerical values, and wherein the method further includes: manipulating the display of the single data set using one of the tags, the tag reflecting the unit of the numerical values. | Since all XBRL tags and tag values are specified in the XBRL Linkbases (i.e., Schema Definition, Label, Calculation, Definition & Presentation files), any XBRL Instance Document (i.e., "Markup Document") creation, editing and display implementation would have to include a method to capture the *unit of the numerical values, and the method further would have to include: manipulating the display of the single data set using one of the tags, the tag reflecting the unit of the numerical values*, using format and semantic information extracted from the Schema Definition, Definition, Calculation and Presentation Linkbases, and therefore would infringe this claim. |
| 9. The method of claim 1, wherein the characteristics include a measure of the numerical values, and wherein the method further includes: manipulating the display of the single data set using one of the tags, the tag reflecting the measure of the numerical values. | Since all XBRL tags and tag values are specified in the XBRL Linkbases (i.e., Schema Definition, Label, Calculation, Definition & Presentation files), any XBRL Instance Document (i.e., "Markup Document") creation, editing and display implementation would have to include a method to capture the *measure of the numerical values, and the method further would have to include: manipulating the display of the single data set using one of the tags, the tag reflecting the measure of the numerical values*, using format and semantic information extracted from the Schema Definition, Definition, Calculation and Presentation Linkbases, and therefore would infringe this claim. |
| 10. A data processing system comprising: a non-volatile storage device storing a first markup document and a second markup document, both the first markup document and the second markup document containing numerical values and tags reflecting characteristics of the numerical values, wherein the characteristics indicate that the numerical values of the first markup document differ in format from the numerical values of the second markup document; a memory storing a program that receives the first markup document and the second markup document, that automatically transforms the numerical values of at least one of the first markup document and the second markup document so that the numerical values of the first markup document and the second markup document have a common format, and that combines the first markup document and the second markup document into a single data set; and a processor that runs the program. | |
| 11. The data processing system of claim 10, wherein the non-volatile storage device further includes a database, and wherein at least one of the markup documents is created from information stored in the database. | |

**Claim Chart For Second Amended Complaint For U.S. Patent 8,185,816**

| | |
|---|---|
| 12. The data processing system of claim 10, wherein the markup language is compliant with Extensible Markup Language version 1.0. | Since the XBRL Instance Document is HyperText Markup Language (HTML)-compliant (Note: HTML is itself XML-compliant) and the XBRL Linkbase documents are compliant with the Extensible Markup Language version 1.0, XBRL Instance Documents and Linkbases would infringe this claim. |
| 13. The data processing system of claim 10, further comprising a display, wherein the program instructs the display to display the single data set on a chart view. | XBRL "Basic Charts" are described by GAAP, Ltd. (See: https://www.ifrs-gaap.com/basic-chart-xbrl), and therefore XBRL infringes this claim. |
| 14. The data processing system of claim 10, further comprising a display, wherein the program instructs the display to display the single data set on a tree view. | XBRL "Tree Views" are described by XBRL.ORG (See: https://www.xbrl.org/the-standard/what/financial-statement-data/ ), and therefore XBRL infringes this claim. |
| 15. The data processing system of claim 10, further comprising a display, wherein the program instructs the display to display the single data set on a spreadsheet view. | |
| 16. The data processing system of claim 10, further comprising a display, wherein the program instructs the display to display the single data set on a footnote view. | |
| 17. A non-transitory computer-readable medium containing instructions for controlling a data processing system to perform a method comprising: receiving a first markup document and a second markup document, both the first markup document and the second markup document containing numerical values and tags reflecting characteristics of the numerical values, wherein the characteristics indicate that the numerical values of the first markup document differ in format from the numerical values of the second markup document; automatically transforming the numerical values of at least one of the first markup document and the second markup document, so that the numerical values of the first markup document and the second markup document have a common format; combining the first markup document and the second markup document into a single data set; and displaying the single data set. | |
| 18. The non-transitory computer-readable medium of claim 17, further comprising: resolving conflicts between the characteristics of the first markup document and the second markup document. | |
| 19. The non-transitory computer-readable medium of claim 17, wherein the displaying step further comprises a step of: manipulating the display of the single data set using the tags reflecting the characteristics of the numerical values. | Since all XBRL tags and tag values are specified in the XBRL Linkbases (i.e., Schema Definition, Label, Calculation, Definition & Presentation files), any XBRL Instance Document (i.e., "Markup Document") creation, editing and display implementation would have to *manipulate the display of the single data set using the tags reflecting the characteristics of the numerical values*, using format and semantic information extracted from the Schema Definition, Definition and Presentation Linkbases, and therefore would infringe this claim. |

**Claim Chart For Second Amended Complaint For U.S. Patent 8,185,816**

| | |
|---|---|
| 20. The non-transitory computer-readable medium of claim 17, wherein the characteristics include at least one of magnitude, scale, modifier, unit, and measure of the numerical values, and wherein the method further includes: manipulating the display of the single data set using the tags reflecting the magnitude, scale, modifier, unit, and measure characteristics of the numerical values. | Since all XBRL tags and tag values are specified in the XBRL Linkbases (i.e., Schema Definition, Label, Calculation, Definition & Presentation files), any XBRL Instance Document (i.e., "Markup Document") creation, editing and display implementation would have to include a method to capture the *magnitude, scale, modifier, unit, and measure of the numerical values, and wherein the method further includes: manipulating the display of the single data set using the tags reflecting the magnitude, scale, modifier, unit, and measure characteristics of the numerical values* using format and semantic information extracted from the Schema Definition, Definition, Calculation and Presentation Linkbases, and therefore would infringe this claim. |
| 21. The non-transitory computer-readable medium of claim 17, wherein the characteristics include magnitude of the numerical values, and wherein the method further includes: manipulating the display of the single data set using one of the tags, the tag reflecting the magnitude characteristic of the numerical values. | Since all XBRL tags and tag values are specified in the XBRL Linkbases (i.e., Schema Definition, Label, Calculation, Definition & Presentation files), any XBRL Instance Document (i.e., "Markup Document") creation, editing and display implementation would have to include a method to capture the *magnitude of the numerical values, and the method further would have to include: manipulating the display of the single data set using one of the tags, the tag reflecting the magnitude of the numerical values*, using format and semantic information extracted from the Schema Definition, Definition, Calculation and Presentation Linkbases, and therefore would infringe this claim. |
| 22. The non-transitory computer-readable medium of claim 17, wherein the characteristics include a scale of the numerical values, and wherein the method further includes: manipulating the display of the single data set using one of the tags, the tag reflecting the scale characteristic of the numerical values. | Since all XBRL tags and tag values are specified in the XBRL Linkbases (i.e., Schema Definition, Label, Calculation, Definition & Presentation files), any XBRL Instance Document (i.e., "Markup Document") creation, editing and display implementation would have to include a method to capture the *scale of the numerical values, and the method further would have to include: manipulating the display of the single data set using one of the tags, the tag reflecting the scale of the numerical values*, using format and semantic information extracted from the Schema Definition, Definition, Calculation and Presentation Linkbases, and therefore would infringe this claim. |

**Claim Chart For Second Amended Complaint For U.S. Patent 8,185,816**

| | |
|---|---|
| 23. The non-transitory computer-readable medium of claim 17, wherein the characteristics include a modifier of the numerical values, and wherein the method further includes: manipulating the display of the single data set using one of the tags, the tag reflecting the modifier characteristic of the numerical values. | Since all XBRL tags and tag values are specified in the XBRL Linkbases (i.e., Schema Definition, Label, Calculation, Definition & Presentation files), any XBRL Instance Document (i.e., "Markup Document") creation, editing and display implementation would have to include a method to capture the *modifier of the numerical values, and the method further would have to include: manipulating the display of the single data set using one of the tags, the tag reflecting the modifier of the numerical values*, using format and semantic information extracted from the Schema Definition, Definition, Calculation and Presentation Linkbases, and therefore would infringe this claim. |
| 24. The non-transitory computer-readable medium of claim 17, wherein the characteristics include a unit, and wherein the method further includes: manipulating the display of the single data set using one of the tags, the tag reflecting the unit characteristic of the numerical values. | Since all XBRL tags and tag values are specified in the XBRL Linkbases (i.e., Schema Definition, Label, Calculation, Definition & Presentation files), any XBRL Instance Document (i.e., "Markup Document") creation, editing and display implementation would have to include a method to capture the *unit of the numerical values, and the method further would have to include: manipulating the display of the single data set using one of the tags, the tag reflecting the unit of the numerical values*, using format and semantic information extracted from the Schema Definition, Definition, Calculation and Presentation Linkbases, and therefore would infringe this claim. |
| 25. The non-transitory computer-readable medium of claim 17, wherein the characteristics include a measure of the numerical values, and wherein the method further includes: manipulating the display of the single data set using one of the tags, the tag reflecting the measure characteristic of the numerical values. | Since all XBRL tags and tag values are specified in the XBRL Linkbases (i.e., Schema Definition, Label, Calculation, Definition & Presentation files), any XBRL Instance Document (i.e., "Markup Document") creation, editing and display implementation would have to include a method to capture the *measure of the numerical values, and the method further would have to include: manipulating the display of the single data set using one of the tags, the tag reflecting the measure of the numerical values*, using format and semantic information extracted from the Schema Definition, Definition, Calculation and Presentation Linkbases, and therefore would infringe this claim. |

**Claim Chart For Second Amended Complaint For U.S. Patent 8,185,816**

| | |
|---|---|
| 26. A data processing system comprising: means for receiving a first markup document and a second markup document, both the first markup document and the second markup document containing numerical values and tags reflecting characteristics of the numerical values, wherein the characteristics indicate that the numerical values of the first markup document differ in format from the numerical values of the second markup document; means for automatically transforming the numerical values of at least one of the first markup document and the second markup document, so that the numerical values of the first markup document and the second markup document have a common format; means for combining the first markup document and the second markup document into a single data; and means for displaying the single data set. | |
| 27. A method in a data processing system, comprising the steps of: receiving a request for a numerical value, the request indicating at least one characteristic of the numerical value; receiving a first markup document and a second markup document, both the first markup document and the second markup document containing numerical values and tags reflecting characteristics of the numerical values, wherein the characteristics indicate that the numerical values of the first markup document differ in format from the numerical values of the second markup document, and wherein at least one of the tags has the indicated characteristic of the requested numerical value; automatically transforming the numerical values of at least one of the first markup document and the second markup document, so that the numerical values of the first markup document and the second markup document have a common format; combining the first markup document and the second markup document into a single data set; displaying the single data set; and manipulating the display of the single data set using the tags reflecting the characteristics of the numerical values. | |