# EXHIBIT H

**Claim Chart For U.S. Patent 9,262,383**

| Claim 1 | Infringement Analysis |
|---|---|
| 1. A computer program product embodied on a non-transitory computer-readable medium comprising: | Non-limiting preamble.  By way of background, the e**X**tensible **B**usiness **R**eporting **L**anguage (**XBRL**) **Financial Reporting** standard (see http://www.xbrl.org/Specification/xbrl-recommendation-2003-12-31+corrected-errata-2012-01-25.htm) specifies a Financial Report generation and formatting facility that can be implemented as a "***Computer Program Product …***" that can be " …***embodied on a non-transitory computer readable medium …***"  comprised of a set of interrelated ***computer-implemented*** eXtensible Markup Language (**XML**)-formatted files that specify: |
| | (1) how *tagged numerical data* items to be formatted in an **XBRL Financial Report** are identified as a <u>Fact</u> (a *tagged numerical data* value that will be reported) related to a <u>Concept</u> (a particular Financial semantic meaning for the *tagged numerical data* in the context of the Taxonomy (a list of <u>concepts</u> to be included in the Financial Report, and a collection of XML-compliant documents (<u>linkbases</u>) that provide additional information that forms part of the concept definitions) for inclusion in a given **XBRL Financial Report** <u>Instance Document</u> (see XBRL "Essentials https://specifications.xbrl.org/xbrl-essentials.html), |
| | (2) how the *numerical data* items are *tagged* in the XML-compliant **Instance Document** file (with a name ending in ".xml"), which indicates the content of the Financial Report, to facilitate association the related linkbases:<br>     (a) XML-compliant **Schema Definition** file (with a name ending in ".xsd") which contains formatting and semantic meaning information,<br>     (b) XML-compliant **Label** file (with a name ending in "_lab.xml") which indicates the label of the *numeric data value*,<br>     (c) XML-compliant **Calculation** file (with a name ending in "_cal.xml") which contains rules that determine how to combine information and to determine that the set of XML-compliant documents are valid,<br>     (d) XML-compliant **Definition** file (with a name ending in "_def.xml") relates concepts with other concepts,<br>     (e) XML-compliant **Presentation** file (with a name ending in "_pre.xml") This linkbase associates concepts with other concepts so that the resulting relations can guide the creation of a user interface, rendering, or visualization. |

**Claim Chart For U.S. Patent 9,262,383**

| Claim 1 | Infringement Analysis |
|---|---|
| | (3) how each *tagged numerical data* item is identified and categorized from the information contained in the referenced linkbases using the *tags*,<br><br>(4) how each *tagged numerical data* item is formatted for display,<br><br>(5) how each *tagged numerical data* item is displayed hierarchically in relation to other *tagged numerical data* items,<br><br>(6) how an individual *tagged numerical data* item is combined with other *tagged numerical data* items to yield a "summary" *tagged numerical data* item based on specified formulas relating to the semantic meaning associated with the *numerical data* item's *tag* in accordance with information contained in the XBRL Taxonomy file and the associated XBRL Calculation linkbase file, and<br><br>(7) how the set of interrelated XBRL files are validated to ensure consistency and completeness of the information contained therein.<br><br>The **XBRL Reporting Standard** specifies that each of the interrelated files comprising the XBRL Financial Report are encoded using the e**X**tensible **M**arkup **L**anguage (**XML**) syntax such that they may be interpreted, manipulated and displayed using standard *computer program products* such as a World Wide Web "browser" (e.g., Microsoft Internet Explorer, Apple Safari, Google Chrome, Mozilla Firefox, etc.) that is capable of interpreting the set of interrelated XML-compliant documents containing *tagged numerical data* items and implementing the formatting, computation formulas and rules required to validate and present the XBRL encoded Financial Report in human readable form through the use of a **"computer program product embodied on a non-transitory computer-readable medium"**.<br><br>Therefore, any preparation, editing and submission of a Financial Report that complies with the **XBRL Financial Reporting** Standard by **Mattress Firm** would entail use of such a "**computer program product embodied on a non-transitory computer-readable medium**". |
| code for identifying a first markup document including first numerical values and first tags reflecting first characteristics of the first numerical | In accordance with the **XBRL Financial Reporting** standard as described above, **Mattress Firm**'s creating, editing and generating an XBRL-compliant Financial Report would require "*A computer program product embodied on a non-transitory computer-readable medium ….*" that executes "*code for identifying a first markup document including first numerical values and first tags* |

**Claim Chart For U.S. Patent 9,262,383**

| Claim 1 | Infringement Analysis |
|---|---|
| values associated with a first unit of measure, and a second markup document including second numerical values and second tags reflecting second characteristics of the second numerical values associated with a second unit of measure, wherein the first tags and the second tags each include computer-readable semantic tags that describe a semantic meaning of a corresponding one of at least one of the first numerical values or the second numerical values, via a computer-readable tagging association therebetween, where the first characteristics of the first numerical values associated with the first unit of measure are different from the second characteristics of the second numerical values associated with the second unit of measure; | ***reflecting first characteristics of the first numerical values associated with a first unit of measure, and a second markup document including second numerical values and second tags reflecting second characteristics of the second numerical values associated with a second unit of measure, wherein the first tags and the second tags each include computer-readable semantic tags that describe a semantic meaning of a corresponding one of at least one of the first numerical values or the second numerical values, via a computer-readable tagging association therebetween, where the first characteristics of the first numerical values associated with the first unit of measure are different from the second characteristics of the second numerical values associated with the second unit of measure"*** in order to perform adjustments to the *numeric data value* to match the display format for the <u>unit of measure</u> selected for display of the *numeric data value* in the Financial Report, and any adjustments needed to display "summary" *numeric data values* in a consistent form based on the display format associated with the "summary" *numeric data item*.<br><br>The Taxonomy contained in the XBRL-compliant <u>Instance Document</u> specifies the specific *numeric data values*, their <u>tags</u>, and their hierarchical position in relation to other *numeric data values* to be included in the **XBRL Financial Report** to be generated. Based on the <u>tags</u> associated with each *numeric data value* included in the XBRL <u>Instance Document</u>, the label to be displayed and the *numeric data value* display format associated with the display format for the *numeric data value* selected for display in the **XBRL Financial Report** are obtained from the referenced <u>linkbase</u> files: this referenced information is used to <u>**identify**</u> *numeric data values* that require transformation of the display format, display label and displayed value of the *numeric data values* in accordance with the <u>unit of measure transformation</u> specifications contained in the referenced <u>linkbase</u> files.<br><br>Therefore, any preparation, editing and submission of a Financial Report that complies with the XBRL Reporting Standard by **Mattress Firm** would require ***"A computer program product embodied on a non-transitory computer-readable medium … "*** that executes "***code for identifying a first markup document including first numerical values and first tags reflecting first characteristics of the first numerical values associated with a first unit of measure, and a second markup document including second numerical values and second tags reflecting second characteristics of the second numerical values associated with a second unit of measure, wherein the first tags and the second tags each include computer-readable semantic tags that describe a semantic meaning of a corresponding one of at least one of the first numerical values or the second numerical values, via a computer-readable tagging association therebetween, where the first characteristics of the first*** |

| Claim 1 | Infringement Analysis |
|---|---|
| | *numerical values associated with the first unit of measure are different from the second characteristics of the second numerical values associated with the second unit of measure"* in order to perform the actions specified in the XBRL Instance Document and the associated linkbases. |
| code for causing automatic transformation of at least a portion of the first or second numerical values of at least one of the first markup document or the second markup document, so that at least some of the first numerical values of the first markup document and at least some of the second numerical values of the second markup document have a common unit of measure; | In accordance with the XBRL Financial Reporting standard as described above, **Mattress Firm**'s creating, editing and generating an XBRL-compliant Financial Report would require "*A computer program product embodied on a non-transitory computer-readable medium …."* that executes *"code for causing automatic transformation of at least a portion of the first or second numerical values of at least one of the first markup document or the second markup document, so that at least some of the first numerical values of the first markup document and at least some of the second numerical values of the second markup document have a common unit of measure"* in order to perform adjustments to the *numeric data value* to match the display format for the unit of measure selected for display of the *numeric data value* in the Financial Report, and any adjustments needed to display "summary" *numeric data values* in a consistent form based on the display format associated with the "summary" *numeric data item*

The Taxonomy contained in the XBRL-compliant Instance Document specifies the specific *numeric data values*, their tags, and their hierarchical position in relation to other *numeric data values* to be included in the **XBRL Financial Report** to be generated. Based on the tags associated with each *numeric data value* included in the XBRL Instance Document, the label to be displayed and the *numeric data value* display format associated with the display format for the *numeric data value* selected for display in the **XBRL Financial Report** are obtained from the referenced linkbase files: this referenced information is used to **transform** *numeric data values* display format, display label and displayed value of the *numeric data values* in accordance with the unit of measure transformation specifications contained in the referenced linkbase files.

Therefore, any preparation, editing and submission of a Financial Report that complies with the XBRL Reporting Standard by **Mattress Firm** would require "*A computer program product embodied on a non-transitory computer-readable medium …"* that executes "*code for causing automatic transformation of at least a portion of the first or second numerical values of at least one of the first markup document or the second markup document, so that at least some of the first numerical values of the first markup document and at least some of the second numerical values of the second markup document have a common unit of measure"* in order to perform the actions specified in the XBRL Instance Document and the associated linkbases. |

**Claim Chart For U.S. Patent 9,262,383**

| Claim 1 | Infringement Analysis |
|---|---|
| code for processing at least a part of the first markup document and at least a part of the second markup document, resulting in a single markup document; | In accordance with the XBRL Financial Reporting standard as described above, **Mattress Firm**'s creating, editing and generating an XBRL-compliant Financial Report would require "***A computer program product embodied on a non-transitory computer-readable medium ….***" that executes ***"code for processing at least a part of the first markup document and at least a part of the second markup document, resulting in a single markup document".***<br><br>The <u>Taxonomy</u> contained in the XBRL-compliant <u>Instance Document</u> specifies the specific *numeric data values* to be included in the **XBRL Financial Report**. Based on the <u>tags</u> associated with each *numeric data value* to be displayed, its label and associated Calculation Rules are obtained from the referenced "Schema Definition" & "Calculation" <u>linkbase</u> files. Where calculated composite *numeric data values* that summarize individual *numeric data values* are specified in the XBRL <u>Instance Document</u>, the "Calculation Rules" from the "Calculation" <u>linkbase</u> file are used to generate and display the calculated composite *numeric data* in accordance with the <u>Taxonomy</u> specifications contained in the <u>Instance Document</u>.<br><br>Therefore, any preparation, editing and submission of a Financial Report that complies with the XBRL Reporting Standard by **Mattress Firm** would require "***A computer program product embodied on a non-transitory computer-readable medium ….***" that executes ***"code for processing at least a part of the first markup document and at least a part of the second markup document, resulting in a single markup document"*** in order to perform the actions specified in the XBRL <u>Instance Document</u> and the associated <u>linkbases</u>. |
| and code for causing a display of at least a portion of the single markup document. | In accordance with the XBRL Financial Reporting standard as described above, **Mattress Firm**'s creating, editing and generating an XBRL-compliant Financial Report would require "***A computer program product embodied on a non-transitory computer-readable medium ….***" that executes ***"code for causing a display of at least a portion of the single markup document."***<br><br>The Taxonomy contained in the XBRL-compliant <u>Instance Document</u> specifies the specific *numeric data values* to be included in the Financial Report. Based on the <u>tags</u> associated with each *numeric data value* to be displayed, its label, geographic location are obtained from the referenced <u>linkbase</u> files. Where calculated composite numeric data values that summarize individual numeric data values from differing locations are needed, the Calculation Rules are used to derive the combined *numeric data values* which are displayed in accordance with the <u>Taxonomy's</u> specified format. |

**Claim Chart For U.S. Patent 9,262,383**

| Claim 1 | Infringement Analysis |
|---------|----------------------|
|         | Therefore, any preparation, editing and submission of a Financial Report that complies with the **XBRL Reporting Standard** by **Mattress Firm** would entail "***A computer program product embodied on a non-transitory computer-readable medium*** …." that executes ***"code for causing a display of at least a portion of the single markup document"*** in order to perform the actions specified in the XBRL Instance Document and the associated linkbases. |

**Claim Chart For U.S. Patent 9,262,383**

| Claim 17 | Infringement Analysis |
|---|---|
| 17. A method comprising: | Non-limiting preamble.  By way of background, the e**X**tensible **B**usiness **R**eporting **L**anguage (**XBRL**) Financial Reporting standard (see http://www.xbrl.org/Specification/xbrl-recommendation-2003-12-31+corrected-errata-2012-01-25.htm) specifies a *method* for Report generation through the use of a set of interrelated *computer-implemented* eXtensible Markup Language (**XML)-**formatted files that specify:

(1) how *tagged numerical data* items to be formatted in an **XBRL Financial Report** are identified as a <u>Fact</u> (a *tagged numerical data* value that will be reported) related to a <u>Concept</u> (a particular Financial semantic meaning for the *tagged numerical data* value) in the context of the Taxonomy (a list of <u>concepts</u> to be included in the Financial Report, and a collection of XML-compliant documents (<u>linkbases</u>) that provide additional information that forms part of the concept definitions) for inclusion in a given **XBRL Financial Report** <u>Instance Document</u> (see XBRL "Essentials https://specifications.xbrl.org/xbrl-essentials.html),

(2) how the *numerical data* items are *tagged* in the XML-compliant **Instance Document** file (with a name ending in ".xml"), which indicates the content of the Financial Report, to facilitate association the related linkbases:
    (a) XML-compliant **Schema Definition** file (with a name ending in ".xsd") which contains formatting and semantic meaning information,
    (b) XML-compliant **Label** file (with a name ending in "_lab.xml") which indicates the label of the *numeric data value*,
    (c) XML-compliant **Calculation** file (with a name ending in "_cal.xml") which contains rules that determine how to combine information and to determine that the set of XML-compliant documents are valid,
    (d) XML-compliant **Definition** file (with a name ending in "_def.xml") relates concepts with other concepts,
    (e) XML-compliant **Presentation** file (with a name ending in "_pre.xml") This linkbase associates concepts with other concepts so that the resulting relations can guide the creation of a user interface, rendering, or visualization.

(3) how each *tagged numerical data* item is identified and categorized from the information |

**Claim Chart For U.S. Patent 9,262,383**

| Claim 17 | Infringement Analysis |
|---|---|
| | contained in the referenced linkbases using the *tags*, |
| | (4) how each *tagged numerical data* item is formatted for display, |
| | (5) how each *tagged numerical data* item is displayed hierarchically in relation to other *tagged numerical data* items, |
| | (6) how an individual *tagged numerical data* item is combined with other *tagged numerical data* items to yield a "summary" *tagged numerical data* item based on specified formulas relating to the semantic meaning associated with the *numerical data* item's *tag* in accordance with information contained in the XBRL Taxonomy file and the associated XBRL Calculation linkbase file, and |
| | (7) how the set of interrelated XBRL files are validated to ensure consistency and completeness of the information contained therein. |
| | The **XBRL Reporting Standard** specifies that each of the interrelated files comprising the XBRL Financial Report are encoded using the e**X**tensible **M**arkup **L**anguage (**XML**) syntax such that they may be interpreted, manipulated and displayed using standard *computer program products* such as a World Wide Web "browser" (e.g., Microsoft Internet Explorer, Apple Safari, Google Chrome, Mozilla Firefox, etc.) that is capable of interpreting the set of interrelated XML-compliant documents containing *tagged numerical data* items and implementing the formatting, computation formulas and rules required to validate and present the XBRL encoded Financial Report in human readable form through the use of this ***method.*** |
| | Therefore, any preparation, editing and submission of a Financial Report that complies with the XBRL Reporting Standard by **Mattress Firm** would entail use of such a ***method*** to perform the actions specified in the XBRL Instance Document and the associated linkbases. |
| identifying a first markup document including first numerical values and first tags reflecting first characteristics of the first numerical values associated with a first unit of measure, and a second markup document including second | In accordance with the XBRL Financial Reporting standard as described above, **Mattress Firm**'s creating, editing and generating an XBRL-compliant Financial Report would use a ***method*** for ***"identifying a first markup document including first numerical values and first tags reflecting first characteristics of the first numerical values associated with a first unit of measure, and a second markup document including second numerical values and second tags reflecting second characteristics of the second numerical values associated with a second unit of measure, wherein*** |

**Claim Chart For U.S. Patent 9,262,383**

| Claim 17 | Infringement Analysis |
|---|---|
| numerical values and second tags reflecting second characteristics of the second numerical values associated with a second unit of measure, wherein the first tags and the second tags each include computer-readable semantic tags that describe a semantic meaning of a corresponding one of at least one of the first numerical values or the second numerical values, via a computer-readable tagging association therebetween, where the first characteristics of the first numerical values associated with the first unit of measure are different from the second characteristics of the second numerical values associated with the second unit of measure; | ***the first tags and the second tags each include computer-readable semantic tags that describe a semantic meaning of a corresponding one of at least one of the first numerical values or the second numerical values, via a computer-readable tagging association therebetween, where the first characteristics of the first numerical values associated with the first unit of measure are different from the second characteristics of the second numerical values associated with the second unit of measure"*** in order to perform adjustments to the *numeric data value* to match the display format for the <u>unit of measure</u> selected for display of the *numeric data value* in the Financial Report, and any adjustments needed to display "summary" *numeric data values* in a consistent form based on the display format associated with the "summary" *numeric data item*.<br><br>The Taxonomy contained in the XBRL-compliant <u>Instance Document</u> specifies the specific *numeric data values*, their <u>tags</u>, and their hierarchical position in relation to other *numeric data values* to be included in the **XBRL Financial Report** to be generated. Based on the <u>tags</u> associated with each *numeric data value* included in the XBRL <u>Instance Document</u>, the label to be displayed and the *numeric data value* display format associated with the display format for the *numeric data value* selected for display in the **XBRL Financial Report** are obtained from the referenced <u>linkbase</u> files: this referenced information is used to **<u>identify</u>** *numeric data values* that require transformation of the display format, display label and displayed value of the *numeric data values* in accordance with the <u>unit of measure transformation</u> specifications contained in the referenced <u>linkbase</u> files.<br><br>Therefore, any preparation, editing and submission of a Financial Report that complies with the XBRL Reporting Standard by **Mattress Firm** would require the use of this ***method … " identifying a first markup document including first numerical values and first tags reflecting first characteristics of the first numerical values associated with a first unit of measure, and a second markup document including second numerical values and second tags reflecting second characteristics of the second numerical values associated with a second unit of measure, wherein the first tags and the second tags each include computer-readable semantic tags that describe a semantic meaning of a corresponding one of at least one of the first numerical values or the second numerical values, via a computer-readable tagging association therebetween, where the first characteristics of the first numerical values associated with the first unit of measure are different from the second characteristics of the second numerical values associated with the second unit of measure"*** **i**n order to perform the actions specified in the XBRL Instance Document and the associated linkbases. |

**Claim Chart For U.S. Patent 9,262,383**

| Claim 17 | Infringement Analysis |
|---|---|
| automatically transforming at least a portion of the first or second numerical values of at least one of the first markup document or the second markup document, so that at least some of the first numerical values of the first markup document and at least some of the second numerical values of the second markup document have a common unit of measure; | In accordance with the XBRL Financial Reporting standard as described above, **Mattress Firm**'s creating, editing and generating an XBRL-compliant Financial Report would require the use of a ***method*** for ***"automatically transforming at least a portion of the first or second numerical values of at least one of the first markup document or the second markup document, so that at least some of the first numerical values of the first markup document and at least some of the second numerical values of the second markup document have a common unit of measure"*** in order to perform adjustments to the *numeric data value* to match the display format for the <u>unit of measure</u> selected for display of the *numeric data value* in the Financial Report, and any adjustments needed to display "summary" *numeric data values* in a consistent form based on the display format associated with the "summary" *numeric data item.*<br><br>The Taxonomy contained in the XBRL-compliant <u>Instance Document</u> specifies the specific *numeric data values*, their <u>tags</u>, and their hierarchical position in relation to other *numeric data values* to be included in the **XBRL Financial Report** to be generated. Based on the <u>tags</u> associated with each *numeric data value* included in the XBRL <u>Instance Document</u>, the label to be displayed and the *numeric data value* display format associated with the display format for the *numeric data value* selected for display in the **XBRL Financial Report** are obtained from the referenced <u>linkbase</u> files: this referenced information is used to **<u>transform</u>** *numeric data values* display format, display label and displayed value of the *numeric data values* in accordance with the <u>unit of measure transformation</u> specifications contained in the referenced <u>linkbase</u> files.<br><br>Therefore, any preparation, editing and submission of a Financial Report that complies with the XBRL Reporting Standard by **Mattress Firm** would require the use of this ***method*** for causing ***"automatically transforming at least a portion of the first or second numerical values of at least one of the first markup document or the second markup document, so that at least some of the first numerical values of the first markup document and at least some of the second numerical values of the second markup document have a common unit of measure"*** in order to perform the actions specified in the XBRL Instance Document and the associated linkbases. |
| processing at least a part of the first markup document and at least a part of the second markup document, resulting in a single markup document; | In accordance with the XBRL Financial Reporting standard as described above, **Mattress Firm**'s creating, editing and generating an XBRL-compliant Financial Report would require a ***method*** for ***"processing at least a part of the first markup document and at least a part of the second markup document, resulting in a single markup document".*** |

**Claim Chart For U.S. Patent 9,262,383**

| Claim 17 | Infringement Analysis |
|---|---|
|  | The Taxonomy contained in the XBRL-compliant Instance Document specifies the specific *numeric data values* to be included in the **XBRL Financial Report**. Based on the tags associated with each *numeric data value* to be displayed, its label and associated Calculation Rules are obtained from the referenced "Schema Definition" & "Calculation" linkbase files. Where calculated composite *numeric data values* that summarize individual *numeric data values* are specified in the XBRL Instance Document, the "Calculation Rules" from the "Calculation" linkbase file are used to generate and display the calculated composite *numeric data* in accordance with the Taxonomy specifications contained in the Instance Document.<br><br>Therefore, any preparation, editing and submission of a Financial Report that complies with the XBRL Reporting Standard by **Mattress Firm** would require a *method* for *"processing at least a part of the first markup document and at least a part of the second markup document, resulting in a single markup document"* to perform the actions specified in the XBRL Instance Document and the associated linkbases. |
| and causing a display of at least a portion of the single markup document. | In accordance with the XBRL Financial Reporting standard as described above, **Mattress Firm**'s creating, editing and generating an XBRL-compliant Financial Report would require "*a method*" that provides for *"causing a display of at least a portion of the single markup document."*<br><br>The Taxonomy contained in the XBRL-compliant Instance Document specifies the specific *numeric data values* to be included in the Financial Report. Based on the tags associated with each *numeric data value* to be displayed, its label and display format are obtained from the referenced linkbase files. Where calculated composite numeric data values that summarize individual numeric data values from differing locations are needed, the Calculation Rules are used to derive the combined *numeric data values* which are displayed in accordance with the Taxonomy's specified format.<br><br>Therefore, any preparation, editing and submission of a Financial Report that complies with the XBRL Reporting Standard by **Mattress Firm** would require a *method* for *"causing a display of at least a portion of the single markup document"* in order to perform the actions specified in the XBRL Instance Document and the associated linkbases. |

**Claim Chart For U.S. Patent 9,262,383**

| Claim 18 | Infringement Analysis |
|---|---|
| 18. An apparatus, comprising: | Non-limiting preamble.  By way of background, the e**X**tensible **B**usiness **R**eporting **L**anguage (**XBRL**) Financial Reporting standard (see http://www.xbrl.org/Specification/xbrl-recommendation-2003-12-31+corrected-errata-2012-01-25.htm) is implemented using ***an appartus*** for Report generation through the use of a set of interrelated ***computer-implemented*** eXtensible Markup Language (**XML)-**formatted files that specify: |
| | (1) how *tagged numerical data* items to be formatted in an **XBRL Financial Report** are identified as a <u>Fact</u> (a *tagged numerical data* value that will be reported) related to a <u>Concept</u> (a particular Financial semantic meaning for the *tagged numerical data* value) in the context of the Taxonomy (a list of <u>concepts</u> to be included in the Financial Report, and a collection of XML-compliant documents (<u>linkbases</u>) that provide additional information that forms part of the concept definitions) for inclusion in a given **XBRL Financial Report** <u>Instance Document</u> (see XBRL "Essentials https://specifications.xbrl.org/xbrl-essentials.html), |
| | (2) how the *numerical data* items are *tagged* in the XML-compliant **Instance Document** file (with a name ending in ".xml"), which indicates the content of the Financial Report, to facilitate association the related linkbases: |
| |     (a) XML-compliant **Schema Definition** file (with a name ending in ".xsd") which contains formatting and semantic meaning information, |
| |     (b) XML-compliant **Label** file (with a name ending in "_lab.xml") which indicates the label of the *numeric data value*, |
| |     (c) XML-compliant **Calculation** file (with a name ending in "_cal.xml") which contains rules that determine how to combine information and to determine that the set of XML-compliant documents are valid, |
| |     (d) XML-compliant **Definition** file (with a name ending in "_def.xml") relates concepts with other concepts, |
| |     (e) XML-compliant **Presentation** file (with a name ending in "_pre.xml") This linkbase associates concepts with other concepts so that the resulting relations can guide the creation of a user interface, rendering, or visualization. |
| | (3) how each *tagged numerical data* item is identified and categorized from the information contained in the referenced linkbases using the *tags*, |

**Claim Chart For U.S. Patent 9,262,383**

| Claim 18 | Infringement Analysis |
|---|---|
| | (4) how each *tagged numerical data* item is formatted for display, |
| | (5) how each *tagged numerical data* item is displayed hierarchically in relation to other *tagged numerical data* items, |
| | (6) how an individual *tagged numerical data* item is combined with other *tagged numerical data* items to yield a "summary" *tagged numerical data* item based on specified formulas relating to the semantic meaning associated with the *numerical data* item's *tag* in accordance with information contained in the XBRL Taxonomy file and the associated XBRL Calculation linkbase file, and |
| | (7) how the set of interrelated XBRL files are validated to ensure consistency and completeness of the information contained therein. |
| | The **XBRL Reporting Standard** specifies that each of the interrelated files comprising the XBRL Financial Report are encoded using the e**X**tensible **M**arkup **L**anguage (**XML**) syntax such that they may be interpreted, manipulated and displayed using standard *computer program products* such as a World Wide Web "browser" (e.g., Microsoft Internet Explorer, Apple Safari, Google Chrome, Mozilla Firefox, etc.) that is capable of interpreting the set of interrelated XML-compliant documents containing *tagged numerical data* items and implementing the formatting, computation formulas and rules required to validate and present the XBRL encoded Financial Report in human readable form through the use of this ***apparatus.*** |
| | Therefore, any preparation, editing and submission of a Financial Report that complies with the XBRL Reporting Standard by **Mattress Firm** would entail use of such ***an apparatus*** to perform the actions specified in the XBRL Instance Document and the associated linkbases. |
| means for identifying a first markup document including first numerical values and first tags reflecting first characteristics of the first numerical values associated with a first unit of measure, and a second markup document including second numerical values and second tags reflecting second | In accordance with the XBRL Financial Reporting standard as described above, **Mattress Firm**'s creating, editing and generating an XBRL-compliant Financial Report would use ***an apparatus*** that provides ***"means for identifying a first markup document including first numerical values and first tags reflecting first characteristics of the first numerical values associated with a first unit of measure, and a second markup document including second numerical values and second tags reflecting second characteristics of the second numerical values associated with a second unit of measure, wherein the first tags and the second tags each include computer-readable semantic tags that describe a semantic meaning of a corresponding one of at least one of the first*** |

**Claim Chart For U.S. Patent 9,262,383**

| Claim 18 | Infringement Analysis |
|---|---|
| characteristics of the second numerical values associated with a second unit of measure, wherein the first tags and the second tags each include computer-readable semantic tags that describe a semantic meaning of a corresponding one of at least one of the first numerical values or the second numerical values, via a computer-readable tagging association therebetween, where the first characteristics of the first numerical values associated with the first unit of measure are different from the second characteristics of the second numerical values associated with the second unit of measure; | *numerical values or the second numerical values, via a computer-readable tagging association therebetween, where the first characteristics of the first numerical values associated with the first unit of measure are different from the second characteristics of the second numerical values associated with the second unit of measure"* in order to perform adjustments to the *numeric data value* to match the display format for the unit of measure selected for display of the *numeric data value* in the Financial Report, and any adjustments needed to display "summary" *numeric data values* in a consistent form based on the display format associated with the "summary" *numeric data item*.

The Taxonomy contained in the XBRL-compliant Instance Document specifies the specific *numeric data values*, their tags, and their hierarchical position in relation to other *numeric data values* to be included in the **XBRL Financial Report** to be generated. Based on the tags associated with each *numeric data value* included in the XBRL Instance Document, the label to be displayed and the *numeric data value* display format associated with the display format for the *numeric data value* selected for display in the **XBRL Financial Report** are obtained from the referenced linkbase files: this referenced information is used to **identify** *numeric data values* that require transformation of the display format, display label and displayed value of the *numeric data values* in accordance with the unit of measure transformation specifications contained in the referenced linkbase files.

Therefore, any preparation, editing and submission of a Financial Report that complies with the XBRL Reporting Standard by **Mattress Firm** would require the use of an apparatus that provides ***"means for identifying a first markup document including first numerical values and first tags reflecting first characteristics of the first numerical values associated with a first unit of measure, and a second markup document including second numerical values and second tags reflecting second characteristics of the second numerical values associated with a second unit of measure, wherein the first tags and the second tags each include computer-readable semantic tags that describe a semantic meaning of a corresponding one of at least one of the first numerical values or the second numerical values, via a computer-readable tagging association therebetween, where the first characteristics of the first numerical values associated with the first unit of measure are different from the second characteristics of the second numerical values associated with the second unit of measure"*** in order to perform the actions specified in the XBRL Instance Document and the associated linkbases. |

**Claim Chart For U.S. Patent 9,262,383**

| Claim 18 | Infringement Analysis |
|---|---|
| means for automatically transforming at least a portion of the first or second numerical values of at least one of the first markup document or the second markup document, so that at least some of the first numerical values of the first markup document and at least some of the second numerical values of the second markup document have a common unit of measure; | In accordance with the XBRL Financial Reporting standard as described above, **Mattress Firm**'s creating, editing and generating an XBRL-compliant Financial Report would require the use of a ***an apparatus*** to provide a ***"means for automatically transforming at least a portion of the first or second numerical values of at least one of the first markup document or the second markup document, so that at least some of the first numerical values of the first markup document and at least some of the second numerical values of the second markup document have a common unit of measure"*** in order to perform adjustments to the *numeric data value* to match the display format for the <u>unit of measure</u> selected for display of the *numeric data value* in the Financial Report, and any adjustments needed to display "summary" *numeric data values* in a consistent form based on the display format associated with the "summary" *numeric data item*.

The Taxonomy contained in the XBRL-compliant <u>Instance Document</u> specifies the specific *numeric data values*, their <u>tags</u>, and their hierarchical position in relation to other *numeric data values* to be included in the **XBRL Financial Report** to be generated. Based on the <u>tags</u> associated with each *numeric data value* included in the XBRL <u>Instance Document</u>, the label to be displayed and the *numeric data value* display format associated with the display format for the *numeric data value* selected for display in the **XBRL Financial Report** are obtained from the referenced <u>linkbase</u> files: this referenced information is used to **<u>transform</u>** *numeric data values* display format, display label and displayed value of the *numeric data values* in accordance with the <u>unit of measure transformation</u> specifications contained in the referenced <u>linkbase</u> files.

Therefore, any preparation, editing and submission of a Financial Report that complies with the XBRL Reporting Standard by **Mattress Firm** would require the use of this ***apparatus*** that provides ***"means for automatically transforming at least a portion of the first or second numerical values of at least one of the first markup document or the second markup document, so that at least some of the first numerical values of the first markup document and at least some of the second numerical values of the second markup document have a common unit of measure"*** in order to perform the actions specified in the XBRL <u>Instance Document</u> and the associated <u>linkbases</u>. |
| means for processing at least a part of the first markup document and at least a part of the second markup document, resulting in a single markup document; | In accordance with the XBRL Financial Reporting standard as described above, **Mattress Firm**'s creating, editing and generating an XBRL-compliant Financial Report would require ***an apparatus*** to provide a ***"means for processing at least a part of the first markup document and at least a part of the second markup document, resulting in a single markup document".*** |

**Claim Chart For U.S. Patent 9,262,383**

| Claim 18 | Infringement Analysis |
|---|---|
| | The <u>Taxonomy</u> contained in the XBRL-compliant <u>Instance Document</u> specifies the specific *numeric data values* to be included in the **XBRL Financial Report**. Based on the <u>tags</u> associated with each *numeric data value* to be displayed, its label and associated Calculation Rules are obtained from the referenced "Schema Definition" & "Calculation" <u>linkbase</u> files. Where calculated composite *numeric data values* that summarize individual *numeric data values* are specified in the XBRL <u>Instance Document</u>, the "Calculation Rules" from the "Calculation" <u>linkbase</u> file are used to generate and display the calculated composite *numeric data* in accordance with the <u>Taxonomy</u> specifications contained in the <u>Instance Document</u>.<br><br>Therefore, any preparation, editing and submission of a Financial Report that complies with the XBRL Reporting Standard by **Mattress Firm** would require ***an apparatus*** that provides ***"means for processing at least a part of the first markup document and at least a part of the second markup document, resulting in a single markup document"*** in order to perform the actions specified in the XBRL <u>Instance Document</u> and the associated <u>linkbases</u>. |
| means for causing a display of at least a portion of the single markup document. | In accordance with the XBRL Financial Reporting standard as described above, **Mattress Firm**'s creating, editing and generating an XBRL-compliant Financial Report would require "***an apparatus***." that provides a ***"means for causing a display of at least a portion of the single markup document."***<br><br>The Taxonomy contained in the XBRL-compliant <u>Instance Document</u> specifies the specific *numeric data values* to be included in the Financial Report. Based on the <u>tags</u> associated with each *numeric data value* to be displayed, its label, geographic location are obtained from the referenced <u>linkbase</u> files. Where calculated composite numeric data values that summarize individual numeric data values from differing locations are needed, the Calculation Rules are used to derive the combined *numeric data values* which are displayed in accordance with the <u>Taxonomy's</u> specified format.Therefore, any preparation, editing and submission of a Financial Report that complies with the XBRL Reporting Standard by **Mattress Firm** would use ***an apparatus*** to provide a ***"means for causing a display of at least a portion of the single markup document"*** to perform the actions specified in the XBRL Instance Document and the associated linkbases.<br><br>Therefore, any preparation, editing and submission of a Financial Report that complies with the **XBRL Reporting Standard** by **Mattress Firm** would entail "***an apparatus***" that provides a ***"means for causing a display of at least a portion of the single markup document"*** in order to perform the |

**Claim Chart For U.S. Patent 9,262,383**

| Claim 18 | Infringement Analysis |
| --- | --- |
| | actions specified in the XBRL <u>Instance Document</u> and the associated <u>linkbases</u>. |

**Claim Chart For Second Amended Complaint For U.S. Patent 9,262,383**

| Claim | Infringement Analysis |
|---|---|
| 1. A computer program product embodied on a non-transitory computer-readable medium comprising: code for identifying a first markup document including first numerical values and first tags reflecting first characteristics of the first numerical values associated with a first unit of measure, and a second markup document including second numerical values and second tags reflecting second characteristics of the second numerical values associated with a second unit of measure, wherein the first tags and the second tags each include computer-readable semantic tags that describe a semantic meaning of a corresponding one of at least one of the first numerical values or the second numerical values, via a computer-readable tagging association therebetween, where the first characteristics of the first numerical values associated with the first unit of measure are different from the second characteristics of the second numerical values associated with the second unit of measure; code for causing automatic transformation of at least a portion of the first or second numerical values of at least one of the first markup document or the second markup document, so that at least some of the first numerical values of the first markup document and at least some of the second numerical values of the second markup document have a common unit of measure; code for processing at least a part of the first markup document and at least a part of the second markup document, resulting in a single markup document; and code for causing a display of at least a portion of the single markup document. | |
| 2. The computer program product of claim 1, wherein the computer program product is configured for allowing a user to edit a mapping of one or more of the computer-readable semantic tags to a corresponding one of the at least one of the first numerical values or the second numerical values. | |
| 3. The computer program product of claim 1, wherein the computer program product is operable such that the first unit of measure includes a first currency and the second unit of measure includes a second currency. | Since XBRL supports the display of financial information in multiple currencies, any XBRL Instance Document editing, display and data extraction implementation would have to provide for calculation of resulting data values based on the combination of data values expressed in different units of measure, and therefore would infringe this claim. |
| 4. The computer program product of claim 1, and further comprising code for manipulating the display of the single markup document using at least one of the first tags reflecting the first characteristics of the first numerical values associated with the first unit of measure, or the second tags reflecting the second characteristics of the second numerical values associated with the second unit of measure. | Since XBRL supports the display of financial information in multiple currencies, any XBRL Instance Document editing, display and data extraction implementation would have to provide for calculation of resulting data values based on the combination of data values expressed in different units of measure, and therefore would infringe this claim. |
| 5. The computer program product of claim 1, wherein the computer program product is configured such that the first markup document and the second markup document each include a XML-compliant data document that includes multiple hierarchical relationships between two line items of corresponding numerical values, and is further capable of including computer-readable semantic tags that each describe a semantic meaning of one or more of corresponding numerical values. | |

**Claim Chart For Second Amended Complaint For U.S. Patent 9,262,383**

| | |
|---|---|
| 6. The computer program product of claim 5, wherein the computer program product is configured such that the computer-readable semantic tags are each computer-readably coupled to the one or more of the corresponding numerical values. | Since all XBRL tags and tag values are specified in the XBRL Linkbases (i.e., Schema Definition, Label, Calculation, Definition & Presentation files), any XBRL Instance Document editing, display and data extraction implementation would have to provide *the computer-readable semantic tags are each computer-readably coupled to the one or more of the corresponding numerical values*, and therefore would infringe this claim. |
| 7. The computer program product of claim 1, wherein the computer program product is configured such that the single markup document includes a XML-compliant data document that includes multiple hierarchical relationships between two line items of corresponding numerical values, and is further capable of including computer-readable semantic tags that each describe a semantic meaning of one or more of corresponding numerical values. | Since XBRL supports the display of financial information in a traditional hierarchical format, any XBRL Instance Document (i.e., "single markup document") editing, display and data extraction implementation would have to provide functionality that allows *multiple hierarchical relationships between two line items to be qualified by the semantic information contained in the associated XML-compliant* Linkbases (i.e., Schema Definition, Label, Calculation, Definition & Presentation files), and therefore would infringe this claim. |
| 8. The computer program product of claim 1, wherein the computer program product is operable such that the single markup document includes a XML-compliant data document that is capable of including at least one of: multiple hierarchical relationships between two line items of corresponding numerical values, or computer-readable semantic tags that each describe a semantic meaning of one or more of corresponding numerical values. | Since XBRL supports the display of financial information in a traditional hierarchical format, any XBRL Instance Document (i.e., "single markup document") editing, display and data extraction implementation would have to provide functionality that allows *multiple hierarchical relationships between two line items to be qualified by the semantic information* contained in the associated XML-compliant Linkbases (i.e., Schema Definition, Label, Calculation, Definition & Presentation files), and therefore would infringe this claim. |
| 9. The computer program product of claim 8, wherein the computer program product is configured for utilizing a plurality of computer-readable rules for processing the XML-compliant data document, the computer-readable rules including: a computer-readable datatype rule for validation of a value type, a computer-readable calculation rule for validation of a value calculation, and a computer-readable unit rule for validation of a value unit. | Since XBRL supports the display of financial information subject to data value format, value and calculation validation through the associated XML-compliant Linkbases (i.e., Schema Definition, Label, Calculation, Definition & Presentation files), any XML-compliant data document (i.e., "XBRL Instance Document") editing, display and data extraction implementation would have to provide *computer-readable rules for processing the XML-compliant data document, the computer-readable rules including: a computer-readable datatype rule for validation of a value type, a computer-readable calculation rule for validation of a value calculation, and a computer-readable unit rule for validation of a value unit*, and therefore would infringe this claim. |

**Claim Chart For Second Amended Complaint For U.S. Patent 9,262,383**

| | |
|---|---|
| 10. The computer program product of claim 8, wherein the computer program product is configured for validating the XML-compliant data document by: identifying at least a subset of a plurality of computer-readable rules including at least one of: a computer-readable datatype rule for validation of a value type, a computer-readable calculation rule for validation of a value calculation, or a computer-readable unit rule for validation of a value unit; and processing at least a portion of the XML-compliant data document, utilizing the at least subset of the computer-readable rules. | Since XBRL supports the display of financial information subject to data value format, value and calculation validation through the associated XML-compliant Linkbases (i.e., Schema Definition, Label, Calculation, Definition & Presentation files), any XML-compliant data document (i.e., "XBRL Instance Document") editing, display and data extraction implementation would have to provide *computer-readable rules for processing the XML-compliant data document, the computer-readable rules including: a computer-readable datatype rule for validation of a value type, a computer-readable calculation rule for validation of a value calculation, and a computer-readable unit rule for validation of a value unit*, and therefore would infringe this claim. |
| 11. The computer program product of claim 8, wherein the computer program product is configured such that the XML-compliant data document includes an extensible semantic tag-equipped markup language component and a hypertext markup language (HTML) component. | Since XBRL Instance Documents are formatted as hypertext markup language (HTML) data documents associated with XML-compliant Linkbases (i.e., Schema Definition, Label, Calculation, Definition & Presentation files) via an extensible semantic tag-equipped markup language, any XML-compliant data document (i.e., "XBRL Instance Document") would therefore infringe this claim. |
| 12. The computer program product of claim 11, wherein the computer program product is configured such that at least one XML-compliant data document is capable of being displayed utilizing a network browser for allowing review of the HTML component in addition to access the extensible semantic tag-equipped markup language component. | Since XBRL Instance Documents are formatted as hypertext markup language (HTML) data documents associated with XML-compliant Linkbases (i.e., Schema Definition, Label, Calculation, Definition & Presentation files) via an extensible semantic tag-equipped markup language, any XML-compliant data document (i.e., "XBRL Instance Document") would be displayable *utilizing a network browser for allowing review of the HTML component in addition to access the extensible semantic tag-equipped markup language component*, and would therefore infringe this claim. |
| 13. The computer program product of claim 1, wherein the computer program product is configured for storing at least one object including at least one reference to an original value of at least one of the first numerical values or the second numerical values. | |

**Claim Chart For Second Amended Complaint For U.S. Patent 9,262,383**

| | |
|---|---|
| 14. The computer program product of claim 13, wherein the computer program product is configured for outputting a presentation or report that is based on at least a portion of the at least one object, the presentation or report capable of including at least one of the first numerical values or the second numerical values, including the original value, such that, based on the at least one reference of the at least one object, a change to the original value results in a corresponding change in an instance of the presentation or report. | Since XBRL supports the display of financial information in a traditional hierarchical format, any XBRL Instance Document (i.e., "single markup document") editing, display and data extraction implementation would have to provide functionality that allows *outputting a presentation or report that is based on at least a portion of the at least one object, the presentation or report capable of including at least one of the first numerical values or the second numerical values, including the original value, such that, based on the at least one reference of the at least one object, a change to the original value results in a corresponding change in an instance of the presentation or report,* as specified in the associated XML-compliant Linkbases (i.e., Schema Definition, Label, Calculation, Definition & Presentation files), and therefore would infringe this claim. |
| 15. The computer program product of claim 13, wherein the computer program product is configured such that the single markup document includes a XML-compliant data document that includes multiple hierarchical relationships between two line items of corresponding numerical values, and is further capable of including computer-readable semantic tags that each describe a semantic meaning of one or more of the corresponding numerical values, wherein the computer program product is further configured for outputting the XML-compliant data document based on at least a portion of the at least one object, the XML-compliant data document capable of including at least a portion of at least one of the first numerical values or the second numerical values, including the original value, such that, based on the at least one reference of the at least one object, a change to the original value results in a corresponding change in an instance of the XML-compliant data document. | Since XBRL supports the display of financial information in a traditional hierarchical format, any XBRL Instance Document (i.e., "single markup document") editing, display and data extraction implementation would have to *include an XML-compliant data document that includes multiple hierarchical relationships between two line items of corresponding numerical values, and is further capable of including computer-readable semantic tags that each describe a semantic meaning of one or more of the corresponding numerical values, wherein the computer program product is further configured for outputting the XML-compliant data document based on at least a portion of the at least one object, the XML-compliant data document capable of including at least a portion of at least one of the first numerical values or the second numerical values, including the original value, such that, based on the at least one reference of the at least one object, a change to the original value results in a corresponding change in an instance of the XML-compliant data document,* as specified in the associated XML-compliant Linkbases (i.e., Schema Definition, Label, Calculation, Definition & Presentation files), and therefore would infringe this claim. |

**Claim Chart For Second Amended Complaint For U.S. Patent 9,262,383**

| | |
|---|---|
| 16. The computer program product of claim 1, wherein the computer program product is configured such that at least one of: said code for causing the automatic transformation is capable of automatically transforming the at least portion of the numerical values of the first markup document the second markup document; said identifying includes receiving; said first tags or second tags result from tagging; said characteristics include at least one of a magnitude, scale, modifier, unit, and measurement; said tags reflect structure; said processing includes merging or combining; said processing results in a single data set, and said code for causing the display causes display of the single data set; said single markup document is caused to be displayed on a single graphical display; said single markup document includes an RDML document; said single markup document is caused to be displayed without requiring a user to make manual adjustments; or said at least portion of the single markup document includes the numerical values thereof. | |
| 17. A method comprising: identifying a first markup document including first numerical values and first tags reflecting first characteristics of the first numerical values associated with a first unit of measure, and a second markup document including second numerical values and second tags reflecting second characteristics of the second numerical values associated with a second unit of measure, wherein the first tags and the second tags each include computer-readable semantic tags that describe a semantic meaning of a corresponding one of at least one of the first numerical values or the second numerical values, via a computer-readable tagging association therebetween, where the first characteristics of the first numerical values associated with the first unit of measure are different from the second characteristics of the second numerical values associated with the second unit of measure; automatically transforming at least a portion of the first or second numerical values of at least one of the first markup document or the second markup document, so that at least some of the first numerical values of the first markup document and at least some of the second numerical values of the second markup document have a common unit of measure; processing at least a part of the first markup document and at least a part of the second markup document, resulting in a single markup document; and causing a display of at least a portion of the single markup document. | |
| 18. An apparatus, comprising: means for identifying a first markup document including first numerical values and first tags reflecting first characteristics of the first numerical values associated with a first unit of measure, and a second markup document including second numerical values and second tags reflecting second characteristics of the second numerical values associated with a second unit of measure, wherein the first tags and the second tags each include computer-readable semantic tags that describe a semantic meaning of a corresponding one of at least one of the first numerical values or the second numerical values, via a computer-readable tagging association therebetween, where the first characteristics of the first numerical values associated with the first unit of measure are different from the second characteristics of the second numerical values associated with the second unit of measure; means for automatically transforming at least a portion of the first or second numerical values of at least one of the first markup document or the second markup document, so that at least some of the first numerical values of the first markup document and at least some of the second numerical values of the second markup document have a common unit of measure; means for processing at least a part of the first markup document and at least a part of the second markup document, resulting in a single markup document; means for causing a display of at least a portion of the single markup document. | |