# EXHIBIT J

<u>**Claim Chart For U.S. Patent 9,268,748**</u>

| Claim 1 | Infringement Analysis |
|---------|----------------------|
| 1. An apparatus, comprising: | Non-limiting preamble.  By way of background, the e**X**tensible **B**usiness **R**eporting **L**anguage (**XBRL**) <u>Financial Reporting</u> standard (see <span style="color:blue"><u>http://www.xbrl.org/Specification/xbrl-recommendation-2003-12-31+corrected-errata-2012-01-25.htm</u></span>) specifies a Report generation and formatting facility that uses an **_apparatus_** to process a set of interrelated eXtensible Markup Language (**XML)**-formatted files that specify:<br><br>(1) how _tagged numerical data_ items to be formatted in an <u>XBRL Financial Report</u> are identified as a <u>Fact</u> (a _tagged numerical data_ value that will be reported) related to a <u>Concept</u> (a particular Financial semantic meaning for the _tagged numerical data_ value) in the context of the Taxonomy (a list of <u>concepts</u> to be included in the Financial Report, and a collection of XML-compliant documents (<u>linkbases</u>) that provide additional information that forms part of the concept definitions) for inclusion in a given <u>XBRL Financial Report</u> <u>Instance Document</u> (see XBRL "Essentials <span style="color:blue"><u>https://specifications.xbrl.org/xbrl-essentials.html</u></span>),<br><br>(2) how the _numerical data_ items are _tagged_ in the XML-compliant **Instance Document** file (with a name ending in ".xml"), which indicates the content of the Financial Report, to facilitate association of the related linkbases:<br>    (a) XML-compliant **Schema Definition** file (with a name ending in ".xsd") which contains formatting and semantic meaning information,<br>    (b) XML-compliant **Label** file (with a name ending in "_lab.xml") which indicates the label of the _numeric data value_,<br>    (c) XML-compliant **Calculation** file (with a name ending in "_cal.xml") which contains rules that determine how to combine information and to determine that the set of XML-compliant documents are valid,<br>    (d) XML-compliant **Definition** file (with a name ending in "_def.xml") relates concepts with other concepts,<br>    (e) XML-compliant **Presentation** file (with a name ending in "_pre.xml") This linkbase associates concepts with other concepts so that the resulting relations can guide the creation of a user interface, rendering, or visualization.<br><br>(3) how each _tagged numerical data_ item is identified and categorized from the information contained in the referenced linkbases using the _tags_, |

**Claim Chart For U.S. Patent 9,268,748**

| Claim 1 | Infringement Analysis |
|---|---|
| | (4) how each *tagged numerical data* item is formatted for display, |
| | (5) how each *tagged numerical data* item is displayed hierarchically in relation to other *tagged numerical data* items, |
| | (6) how an individual *tagged numerical data* item is combined with other *tagged numerical data* items to yield a "summary" *tagged numerical data* item based on specified formulas relating to the semantic meaning associated with the *numerical data* item's *tag* in accordance with information contained in the XBRL Taxonomy file and the associated XBRL Calculation linkbase file, and |
| | (7) how the set of interrelated XBRL files are validated to ensure consistency and completeness of the information contained therein. |
| | The <u>XBRL Financial Reporting</u> standard specifies that each of the interrelated files comprising the XBRL Financial Report are encoded using the e**X**tensible **M**arkup **L**anguage (**XML**) syntax such that they may be interpreted, manipulated and displayed using a standard *apparatus* such as a World Wide Web "browser" (e.g., Microsoft Internet Explorer, Apple Safari, Google Chrome, Mozilla Firefox, etc.) that is capable of interpreting the set of interrelated XML-compliant documents containing *tagged numerical data* items and implementing the formatting, computation formulas and rules required to validate and present the XBRL encoded Financial Report in human readable form through the use of "***an apparatus***". |
| | Therefore, any preparation, editing and submission of a Financial Report that complies with the XBRL Reporting Standard by **Mattress Firm** would entail use of such "***an apparatus***". |
| a device; | The ***apparatus*** used by **Mattress Firm** to prepare, edit and submit a Financial Report that complies with the <u>XBRL Financial Reporting</u> Standard would entail use of an information processing ***device*** capable of supporting a network browser operating on the ***apparatus.*** |
| and an application including a network browser on the device for accessing a system configured for: identification of at least one computer-readable Extensible Markup Language (XML)-compliant data document | In accordance with the <u>XBRL Financial Reporting</u> standard as described above, **Mattress Firm**'s creating, editing and generating of an XBRL-compliant Financial Report would require "***An apparatus, comprising: …an application including a network browser on the device for accessing a system configured for: identification of at least one computer-readable Extensible Markup Language (XML)-compliant data document including: a plurality of line items with a plurality of data values, and a plurality of computer-readable semantic tags that describe a semantic meaning of the data values and are each computer-readably coupled to at least one of the data values, where the at least one computer-readable XML-*** |

**Claim Chart For U.S. Patent 9,268,748**

| Claim 1 | Infringement Analysis |
|---|---|
| including: a plurality of line items with a plurality of data values, and a plurality of computer-readable semantic tags that describe a semantic meaning of the data values and are each computer-readably coupled to at least one of the data values, where the at least one computer-readable XML-compliant data document is capable of including multiple hierarchical relationships between two line items; | ***compliant data document is capable of including multiple hierarchical relationships between two line items".***<br><br>The <u>XBRL Financial Reporting</u> standard specifies the generation and display of standard Financial Reports using ***"a network browser on the device for accessing a system configured for identification of at least one computer-readable Extensible Markup Language (XML)-compliant data document".*** **Mattress Firm**'s creation of a XBRL-compliant <u>Instance Document</u> and associated <u>linkbase</u> documents in XML-compliant format would require the use of such an ***apparatus*** and ***device***.<br><br>As required by the <u>XBRL Financial Reporting</u> specifications, **Mattress Firm**'s creation, editing and generation of an XBRL-compliant <u>Instance Document</u>, and its associated <u>linkbases</u> in XML-compliant format, consists of ***"a plurality of line items with a plurality of data values, and a plurality of computer-readable semantic tags"***. Each of the ***data value*** <u>tags</u> in the XBRL-compliant <u>Instance Document</u> are used to reference associated entries in the associated <u>linkbases</u> ***"that describe a semantic meaning of the data values and are each*** [thereby] ***computer-readably coupled to at least one of the data values"***.<br><br>The <u>XBRL Financial Reporting</u> standard includes "***multiple hierarchical relationships between two line items"***. The XBRL <u>Taxonomy</u> provides the semantic information needed to identify, format and interpret the semantic meaning of data values, while the Rule Set(s) specify multiple hierarchical relationships between two of the plurality of line items, facilitating the formatting, display and validation of the elements of the Financial Report.<br><br>Therefore, any preparation, editing and submission of a Financial Report that complies with the XBRL Reporting Standard by **Mattress Firm** would require ***"An apparatus, comprising: … an application including a network browser on the device for accessing a system configured for: identification of at least one computer-readable Extensible Markup Language (XML)-compliant data document including: a plurality of line items with a plurality of data values, and a plurality of computer-readable semantic tags that describe a semantic meaning of the data values and are each computer-readably coupled to at least one of the data values, where the at least one computer-readable XML-compliant data document is capable of including multiple hierarchical relationships between two line items"*** in order to perform the actions specified in the XBRL <u>Instance Document</u> and the associated <u>linkbases</u>. |

**Claim Chart For U.S. Patent 9,268,748**

| Claim 1 | Infringement Analysis |
|---|---|
| parsing of the at least one computer-readable XML-compliant data document; | In accordance with the XBRL Financial Reporting standard as described above, **Mattress Firm**'s creating, editing and generating of an XBRL-compliant Financial Report would require "***An apparatus, comprising: … parsing of the at least one computer-readable XML-compliant data document***". Since the XBRL-compliant <u>Instance Document</u>, and the <u>linkbases</u> it references, are all ***computer-readable XML-compliant data document***s, the ***device*** would have to be able to ***parse*** the ***computer-readable XML-compliant data document***s to obtain the ***data values*** and ***tags*** to identify, format, apply calculation and/or formatting rules and then to display the results.<br><br>Therefore, any preparation, editing and submission of a Financial Report that complies with the XBRL Reporting Standard by **Mattress Firm** would require "***An apparatus, comprising: … parsing of the at least one computer-readable XML-compliant data document***" to perform the actions specified in the XBRL <u>Instance Document</u> and the associated <u>linkbases</u>. |
| accessing a plurality of computer-readable rules including: a computer-readable datatype rule for validation of a type of data values, a computer-readable calculation rule for validation of a calculation involving data values, and a computer-readable unit rule for validation of a unit of data values; | In accordance with the <u>XBRL Financial Reporting</u> standard as described above, **Mattress Firm**'s creating, editing and generating of an XBRL-compliant Financial Report would require "***An apparatus, comprising: …accessing a plurality of computer-readable rules including: a computer-readable datatype rule for validation of a type of data values, a computer-readable calculation rule for validation of a calculation involving data values, and a computer-readable unit rule for validation of a unit of data values;***<br><br>The <u>XBRL Financial Reporting</u> standard uses an XML-compliant ***computer-readable*** <u>Instance Document</u> to describe the contents of the Financial Report, and associated <u>linkbases</u> to describe semantic, formatting, calculation and validation information. The XML-compliant Calculation (.cal) <u>linkbase</u>, referenced using the ***tag*** associated with each individual ***data value*** contained in the <u>instance Document</u>, contain a "***plurality of computer-readable rules including: a computer-readable datatype rule for validation of a type of data values, a computer-readable calculation rule for validation of a calculation involving data values, and a computer-readable unit rule for validation of a unit of data values***".<br><br>The XBRL <u>Taxonomy</u> contained in the <u>Instance Document</u> provides the hierarchical ***data value*** display sequence and identification of calculated heading/summary ***data values***, while the information needed to identify, format and interpret the semantic meaning of data values is extracted from the <u>linkbases</u> referenced via the ***data value's tag***.<br><br>Therefore, any preparation, editing and submission of a Financial Report that complies with the XBRL Reporting Standard by **Mattress Firm** would require "***An apparatus, comprising: … accessing a plurality of*** |

**Claim Chart For U.S. Patent 9,268,748**

| Claim 1 | Infringement Analysis |
|---|---|
| | ***computer-readable rules including: a computer-readable datatype rule for validation of a type of data values, a computer-readable calculation rule for validation of a calculation involving data values, and a computer-readable unit rule for validation of a unit of data values"*** in order to perform the actions specified in the XBRL <u>Instance Document</u> and the associated <u>linkbases</u>. |
| validation of the at least one computer-readable XML-compliant data document by: identifying at least a subset of the computer-readable rules including at least one of: the computer-readable datatype rule for validation of the type of data values, the computer-readable calculation rule for validation of the calculation involving data values, or the computer-readable unit rule for validation of the unit of data values; | In accordance with the <u>XBRL Financial Reporting</u> standard as described above, **Mattress Firm**'s creating, editing and generating of an XBRL-compliant Financial Report would require "***An apparatus, comprising: … validation of the at least one computer-readable XML-compliant data document by: identifying at least a subset of the computer-readable rules including at least one of: the computer-readable datatype rule for validation of the type of data values, the computer-readable calculation rule for validation of the calculation involving data values, or the computer-readable unit rule for validation of the unit of data values."***<br><br>The XBRL Taxonomy contained in the ***computer-readable XML compliant data document***, the XBRL <u>Instance Document</u>, provides the hierarchical ***numeric data value*** display sequence and identification of heading/summary ***data values*** to be calculated, while the information needed to identify, format, interpret the semantic meaning, perform calculation of selected ***numeric data values***, and validate the XBRL <u>Instance Document</u>'s ***numeric data values*** is extracted from the XBRL <u>linkbases</u> referenced via the XBRL <u>Instance Document</u>'s ***data value's tag***. Where the XBRL <u>Instance Document</u>'s ***data value***'s ***"tag"*** references a ***rule*** within the ***computer-readable XML compliant*** Calculation <u>linkbase</u> that contains "***at least one datatype rule for validation of the type of data values, the computer-readable calculation rule for validation of the calculation involving data values, or the computer-readable unit rule for validation of the unit of data values"*** the validation and or calculation rules are applied to the value generated in the XBRL Financial Report ***data value*** displayed.<br><br>Therefore, any preparation, editing and submission of a Financial Report that complies with the <u>XBRL Financial Reporting</u> Standard by **Mattress Firm** would require "***An apparatus, comprising: …validation of the at least one computer-readable XML-compliant data document by: identifying at least a subset of the computer-readable rules including at least one of: the computer-readable datatype rule for validation of the type of data values, the computer-readable calculation rule for validation of the calculation involving data values, or the computer-readable unit rule for validation of the unit of data values"*** in order to perform the actions specified in the XBRL <u>Instance Document</u> and the associated <u>linkbases</u>. |

**Claim Chart For U.S. Patent 9,268,748**

| Claim 1 | Infringement Analysis |
|---|---|
| processing at least a portion of the data values of at least a portion of the line items of the at least one computer-readable XML-compliant data document, utilizing the at least subset of the computer-readable rules and at least a portion of the computer-readable sematic tags of the at least one computer-readable XML-compliant data document; | In accordance with the <u>XBRL Financial Reporting</u> standard as described above, **Mattress Firm**'s creating, editing and generating of an XBRL-compliant Financial Report would require "***An apparatus, comprising: … processing at least a portion of the data values of at least a portion of the line items of the at least one computer-readable XML-compliant data document, utilizing the at least subset of the computer-readable rules and at least a portion of the computer-readable sematic tags of the at least one computer-readable XML-compliant data document.***"<br><br>The XBRL Taxonomy contained in the ***computer-readable XML compliant data document***, the XBRL <u>Instance Document</u>, provides the hierarchical ***data value*** display sequence and identification of heading/summary ***data values*** to be calculated, while the information needed to identify, format, interpret the semantic meaning, perform calculation of selected ***data values***, and validate the XBRL <u>Instance Document</u>'s ***data values*** is extracted from the XBRL <u>linkbases</u> referenced via the XBRL <u>Instance Document</u>'s ***data value's tag***.<br><br>Where the XBRL <u>Instance Document</u>'s ***data value***'s ***"tag"*** references a ***rule*** within the ***computer-readable XML compliant*** Calculation (.cal) <u>linkbase</u> that contains "***the at least subset of the computer-readable rules … of the at least one computer-readable XML-compliant data document"*** the validation and or calculation rules are applied to generate the *numeric data value* to be displayed in the XBRL Financial Report.<br><br>Where the XBRL <u>Instance Document</u>'s ***data value***'s ***"tag"*** references a ***formatting and/or semantic*** entry within the ***computer-readable XML compliant*** Schema Definition (.xsd) <u>linkbase</u> that contains ***"at least a portion of the computer-readable sematic tags of the at least one computer-readable XML-compliant data document"*** the semantic information is used to identify, format, and if applicable invoke a ***rule*** related to the ***numeric data value***.<br><br>Therefore, any preparation, editing and submission of a Financial Report that complies with the <u>XBRL Financial Reporting</u> Standard by **Mattress Firm** would require ***"An apparatus, comprising: … processing at least a portion of the data values of at least a portion of the line items of the at least one computer-readable XML-compliant data document, utilizing the at least subset of the computer-readable rules and at least a portion of the computer-readable sematic tags of the at least one computer-readable XML-compliant data document"*** In order to perform the actions specified in the XBRL <u>Instance Document</u> and the associated <u>linkbases</u>. |

**Claim Chart For U.S. Patent 9,268,748**

| Claim 1 | Infringement Analysis |
|---|---|
| said apparatus configured for: accessing at least a portion of the at least one computer-readable XML-compliant data document utilizing the application including the network browser. | In accordance with the <u>XBRL Financial Reporting</u> standard as described above, **Mattress Firm**'s creating, editing and generating of an XBRL-compliant Financial Report would require "***An apparatus, …said apparatus configured for: accessing at least a portion of the at least one computer-readable XML-compliant data document utilizing the application including the network browser.***<br><br>The ***apparatus*** used by **Mattress Firm** to prepare, edit and submit a Financial Report that complies with the <u>XBRL Financial Reporting</u> standard by would entail use of an information processing ***device*** capable of supporting a network browser operating on the ***apparatus accessing at least a portion of the at least one computer-readable XML-compliant data document***: The XBRL Taxonomy contained in the ***computer-readable XML compliant data document***, the XBRL <u>Instance Document</u>, provides the hierarchical ***data value*** display sequence and identification of heading/summary ***data values*** to be calculated, while the information needed to identify, format, interpret the semantic meaning, perform calculation of selected ***data values***, and validate the XBRL <u>Instance Document</u>'s ***data values*** is extracted from the ***computer-readable XML-compliant*** XBRL <u>linkbases</u> referenced via the XBRL <u>Instance Document</u>'s ***data value's tag***.<br><br>The <u>XBRL Financial Reporting</u> standard specifies the generation and display of a standard Financial Report using "***a network browser***" on the device for accessing a system configured for identification of at least one computer-readable Extensible Markup Language (XML)-compliant data document. **Mattress Firm**'s creation of a XBRL-compliant <u>Instance Document</u> and associated <u>linkbase</u> documents in XML-compliant format would require the use of such an ***apparatus*** and ***device***. |

**Claim Chart For U.S. Patent 9,268,748**

| Claim 11 | Infringement Analysis |
|---|---|
| 11. A computer program product embodied on a non-transitory computer readable medium, comprising: | Non-limiting preamble.  By way of background, the e**X**tensible **B**usiness **R**eporting **L**anguage (**XBRL**) Financial Reporting standard (see http://www.xbrl.org/Specification/xbrl-recommendation-2003-12-31+corrected-errata-2012-01-25.htm) specifies a Report generation and formatting facility that uses *a computer program product embodied on a non-transitory computer readable medium* to process a set of interrelated eXtensible Markup Language (**XML**)-formatted files that specify:<br><br>(1) how *tagged numerical data* items to be formatted in an XBRL Financial Report are identified as a Fact (a *tagged numerical data* value that will be reported) related to a Concept (a particular Financial semantic meaning for the *tagged numerical data* value) in the context of the Taxonomy (a list of concepts to be included in the Financial Report, and a collection of XML-compliant documents (linkbases) that provide additional information that forms part of the concept definitions) for inclusion in a given **XBRL Financial Report** Instance Document (see XBRL "Essentials https://specifications.xbrl.org/xbrl-essentials.html),<br><br>(2) how the *numerical data* items are *tagged* in the XML-compliant **Instance Document** file (with a name ending in ".xml"), which indicates the content of the Financial Report, to facilitate association of the related linkbases:<br>    (a) XML-compliant **Schema Definition** file (with a name ending in ".xsd") which contains formatting and semantic meaning information,<br>    (b) XML-compliant **Label** file (with a name ending in "_lab.xml") which indicates the label of the *numeric data value*,<br>    (c) XML-compliant **Calculation** file (with a name ending in "_cal.xml") which contains rules that determine how to combine information and to determine that the set of XML-compliant documents are valid,<br>    (d) XML-compliant **Definition** file (with a name ending in "_def.xml") relates concepts with other concepts,<br>    (e) XML-compliant **Presentation** file (with a name ending in "_pre.xml") This linkbase associates concepts with other concepts so that the resulting relations can guide the creation of a user interface, rendering, or visualization.<br><br>(3) how each *tagged numerical data* item is identified and categorized from the information contained in the referenced linkbases using the *tags*,<br><br>(4) how each *tagged numerical data* item is formatted for display, |

**Claim Chart For U.S. Patent 9,268,748**

| Claim 11 | Infringement Analysis |
|---|---|
| | (5) how each *tagged numerical data* item is displayed hierarchically in relation to other *tagged numerical data* items, |
| | (6) how an individual *tagged numerical data* item is combined with other *tagged numerical data* items to yield a "summary" *tagged numerical data* item based on specified formulas relating to the semantic meaning associated with the *numerical data* item's *tag* in accordance with information contained in the XBRL Taxonomy file and the associated XBRL Calculation linkbase file, and |
| | (7) how the set of interrelated XBRL files are validated to ensure consistency and completeness of the information contained therein. |
| | The XBRL Financial Reporting standard specifies that each of the interrelated files comprising the XBRL Financial Report are encoded using the e**X**tensible **M**arkup **L**anguage (**XML**) syntax such that they may be interpreted, manipulated and displayed using standard *computer program products* such as a World Wide Web "browser" (e.g., Microsoft Internet Explorer, Apple Safari, Google Chrome, Mozilla Firefox, etc.) that is capable of interpreting the set of interrelated XML-compliant documents containing *tagged numerical data* items and implementing the formatting, computation formulas and rules required to validate and present the XBRL encoded Financial Report in human readable form through the use of **"an apparatus: a device;"** |
| | Therefore, any preparation, editing and submission of a Financial Report that complies with the XBRL Financial Reporting Standard by **Mattress Firm** would entail use of such "***a computer program product embodied on a non-transitory computer readable medium.***" |
| code for storing a plurality of original documents including a plurality of original values, including a first document including first values and a second document including second values; | In accordance with the XBRL Financial Reporting standard as described above, **Mattress Firm**'s creating, editing and generating of an XBRL-compliant Financial Report would require "***A computer program product embodied on a non-transitory computer readable medium, comprising:… code for storing a plurality of original documents including a plurality of original values, including a first document including first values and a second document including second values***". |
| | The XBRL Financial Reporting standard uses an XML-compliant **computer-readable** Instance Document **embodied on a non-transitory computer readable medium** to describe the contents of the Financial Report, and associated linkbases **embodied on a non-transitory computer readable medium** to describe semantic, formatting, calculation and validation information. Together, the XML-compliant **computer-** |

**Claim Chart For U.S. Patent 9,268,748**

| Claim 11 | Infringement Analysis |
|---|---|
| | *readable* <u>Instance Document</u> *embodied on a non-transitory computer readable medium* and the *computer-readable* linkbase *embodied on a non-transitory computer readable medium*, referenced using the *tag* associated with each individual *data value* contained in the <u>instance Document</u>, contain "*a plurality of original documents including a plurality of original values, including a first document including first values and a second document including second value*". <br><br> Therefore, any preparation, editing and submission of a Financial Report that complies with the <u>XBRL Financial Reporting</u> Standard by **Mattress Firm** would require "*A computer program product embodied on a non-transitory computer readable medium, comprising:… code for storing a plurality of original documents including a plurality of original values, including a first document including first values and a second document including second values*" in order to store the  XBRL <u>Instance Document</u> and the associated <u>linkbases</u>. |
| code for processing at least a part of the first document and at least a part of the second document, resulting in at least one object including at least one reference to at least one of the plurality of original values of at least one of the plurality of original documents; | In accordance with the <u>XBRL Financial Reporting</u> standard as described above, **Mattress Firm**'s creating, editing and generating of an XBRL-compliant Financial Report would require "*A computer program product embodied on a non-transitory computer readable medium, comprising:… code for processing at least a part of the first document and at least a part of the second document, resulting in at least one object including at least one reference to at least one of the plurality of original values of at least one of the plurality of original documents*". <br><br> The <u>XBRL Financial Reporting</u> Standard uses an XML-compliant *computer-readable* <u>Instance Document</u> *embodied on a non-transitory computer readable medium* to describe the contents of the Financial Report, and associated <u>linkbases</u> *embodied on a non-transitory computer readable medium* to describe semantic, formatting, calculation and validation information. Together, the XML-compliant *computer-readable* <u>Instance Document</u> *embodied on a non-transitory computer readable medium* and the *computer-readable* linkbases *embodied on a non-transitory computer readable medium*, referenced using the *tag* associated with each individual *data value* contained in the <u>instance Document</u>, must be processed using "*code for processing at least a part of the first document and at least a part of the second document, resulting in at least one object including at least one reference to at least one of the plurality of original values of at least one of the plurality of original documents*" in order to generate the required XBRL-compliant Financial Report. <br><br> Therefore, any preparation, editing and submission of a Financial Report that complies with the <u>XBRL Financial Reporting</u> Standard by **Mattress Firm** would require "*A computer program product embodied on* |

**Claim Chart For U.S. Patent 9,268,748**

| Claim 11 | Infringement Analysis |
|---|---|
|  | *a non-transitory computer readable medium, comprising:… code for processing at least a part of the first document and at least a part of the second document, resulting in at least one object including at least one reference to at least one of the plurality of original values of at least one of the plurality of original documents.* in order to perform the actions specified in the XBRL <u>Instance Document</u> and the associated <u>linkbases</u>. |
| code for receiving a user selection of one or more computer-readable semantic tags; | In accordance with the <u>XBRL Financial Reporting</u> standard as described above, **Mattress Firm**'s creating, editing and generating of an XBRL-compliant Financial Report would require "***A computer program product embodied on a non-transitory computer readable medium, comprising code:… for receiving a user selection of one or more computer-readable semantic tags".***<br><br>The <u>XBRL Financial Reporting</u> Standard uses an XML-compliant *computer-readable* <u>Instance Document</u> *embodied on a non-transitory computer readable medium* to describe the contents of the Financial Report, and associated <u>linkbases</u> *embodied on a non-transitory computer readable medium* to describe semantic, formatting, calculation and validation information. During **Mattress Firm**'s creation and editing of an XBRL-compliant Financial Report, code must exist to allow for *user selection of one or more computer-readable semantic tags* from those available in the XBRL-compliant <u>linkbases</u>. Once selected, the ***tag*** corresponding to the user's selection is associated with the ***numeric data value*** in the XBRL-compliant <u>Instance Document</u>.<br><br>Therefore, any preparation, editing and submission of a Financial Report that complies with the <u>XBRL Financial Reporting</u> Standard by **Mattress Firm** would require "***A computer program product embodied on a non-transitory computer readable medium, comprising:… code for receiving a user selection of one or more computer-readable semantic tags"*** in order to create and/or edit the XBRL <u>Instance Document</u> and the associated <u>linkbases</u>. |
| code for receiving a user selection of one or more of the original values; | In accordance with the <u>XBRL Financial Reporting</u> standard as described above, **Mattress Firm**'s creating, editing and generating of an XBRL-compliant Financial Report would require "***A computer program product embodied on a non-transitory computer readable medium, comprising:… code for receiving a user selection of one or more of the original values".***<br><br>The <u>XBRL Financial Reporting</u> standard uses an XML-compliant *computer-readable* <u>Instance Document</u> *embodied on a non-transitory computer readable medium* to describe the contents of the Financial Report, and associated <u>linkbases</u> *embodied on a non-transitory computer readable medium* to describe semantic, formatting, calculation and validation information. During **Mattress Firm**'s creation and editing |

**Claim Chart For U.S. Patent 9,268,748**

| Claim 11 | Infringement Analysis |
|---|---|
| | of an XBRL-compliant Financial Report, *code* must exist to allow for *receiving a user selection of one or more of the original values* for input into the XBRL-compliant <u>Instance Document</u>. Once selected, the corresponding *tag* is associated with the *data value* in the XBRL-compliant <u>Instance Document</u>.<br><br>Therefore, any preparation, editing and submission of a Financial Report that complies with the <u>XBRL Financial Reporting</u> standard by **Mattress Firm** would require *"A computer program product embodied on a non-transitory computer readable medium, comprising:… code for receiving a user selection of one or more of the original values"* in order to create and/or edit the XBRL <u>Instance Document</u> and the associated <u>linkbases</u>. |
| code for mapping the one or more of the computer-readable semantic tags to the one or more of the original values; | In accordance with the <u>XBRL Financial Reporting</u> standard as described above, **Mattress Firm**'s creating, editing and generating of an XBRL-compliant Financial Report would require *"A computer program product embodied on a non-transitory computer readable medium, comprising:… code for mapping the one or more of the computer-readable semantic tags to the one or more of the original values"*.<br><br>The <u>XBRL Financial Reporting</u> standard uses an XML-compliant *computer-readable* <u>Instance Document</u> *embodied on a non-transitory computer readable medium* to describe the contents of the Financial Report, and associated <u>linkbases</u> *embodied on a non-transitory computer readable medium* to describe semantic, formatting, calculation and validation information. During **Mattress Firm**'s creation and editing of an XBRL-compliant Financial Report, *code* must exist to allow *for mapping the one or more of the computer-readable semantic tags to the one or more of the original values* from those available in the XBRL-compliant <u>linkbases</u>. Once selected, the corresponding *tag* is associated with the *data value* in the XBRL-compliant <u>Instance Document</u>.<br><br>Therefore, any preparation, editing and submission of a Financial Report that complies with the <u>XBRL Financial Reporting</u> Standard by **Mattress Firm** would require *"A computer program product embodied on a non-transitory computer readable medium, comprising:… code for mapping the one or more of the computer-readable semantic tags to the one or more of the original values"* in order to create and/or edit the XBRL <u>Instance Document</u> and the associated <u>linkbases</u>. |
| code for outputting a presentation that is based on at least a portion of the at least one object, the presentation capable of including at least a portion of | In accordance with the <u>XBRL Financial Reporting</u> standard as described above, **Mattress Firm**'s creating, editing and generating of an XBRL-compliant Financial Presentation would require *"A computer program product embodied on a non-transitory computer readable medium, comprising:… code for outputting a presentation that is based on at least a portion of the at least one object, the presentation capable of including at least a portion of the original values including the at least one original value, where the* |

**Claim Chart For U.S. Patent 9,268,748**

| Claim 11 | Infringement Analysis |
|---|---|
| the original values including the at least one original value, where the computer program product is configured such that, based on the at least one reference of the at least one object to the at least one original value of the at least one original document, a change to the at least one original value of the at least one original document results in a corresponding change in an instance of the presentation; | *computer program product is configured such that, based on the at least one reference of the at least one object to the at least one original value of the at least one original document, a change to the at least one original value of the at least one original document results in a corresponding change in an instance of the presentation".*<br><br>The <u>XBRL Financial Reporting</u> standard uses an XML-compliant *computer-readable* <u>Instance Document</u> *embodied on a non-transitory computer readable medium* to describe the contents of the Financial Report, and associated <u>linkbases</u> *embodied on a non-transitory computer readable medium* to describe semantic, formatting, calculation and validation information. During **Mattress Firm**'s editing of an XBRL-compliant Financial Presentation, *code* must exist to allow *change to the at least one original value of the at least one original computer-readable* <u>Instance Document</u> *embodied on a non-transitory computer readable medium data value*. Once *the change to the at least one original value of the at least one original computer-readable* <u>Instance Document</u> *embodied on a non-transitory computer readable medium data value* has been input by the user, validated and stored in as a revised version of the XBRL-compliant *computer-readable* Instance Document *embodied on a non-transitory computer readable medium*, the "*code for outputting a presentation that is based on at least a portion of the at least one object, the presentation capable of including at least a portion of the original values including the at least one original value, where the computer program product is configured such that, based on the at least one reference of the at least one object to the at least one original value of the at least one original document, a change to the at least one original value of the at least one original document results in a corresponding change in an instance of the presentation*" would be executed to generate the XBRL-compliant presentation.<br><br>Therefore, any preparation, editing and submission of a Financial Report that complies with the <u>XBRL Financial Reporting</u> Standard by **Mattress Firm** would require *"A computer program product embodied on a non-transitory computer readable medium, comprising:… code for outputting a presentation that is based on at least a portion of the at least one object, the presentation capable of including at least a portion of the original values including the at least one original value, where the computer program product is configured such that, based on the at least one reference of the at least one object to the at least one original value of the at least one original document, a change to the at least one original value of the at least one original document results in a corresponding change in an instance of the presentation"* to edit and then present the XBRL <u>Instance Document</u> and the associated <u>linkbases</u>. |

**Claim Chart For U.S. Patent 9,268,748**

| Claim 11 | Infringement Analysis |
|---|---|
| code for outputting a report that is based on at least a portion of the at least one object, the report capable of including at least a portion of the original values including the at least one original value, where the computer program product is configured such that, based on the at least one reference of the at least one object to the at least one original value of the at least one original document, a change to the at least one original value of the at least one original document results in a corresponding change in an instance of the report; | In accordance with the XBRL Financial Reporting standard as described above, **Mattress Firm**'s creating, editing and generating of an XBRL-compliant Financial Report would require "***A computer program product embodied on a non-transitory computer readable medium, comprising:… code for outputting a report that is based on at least a portion of the at least one object, the report capable of including at least a portion of the original values including the at least one original value, where the computer program product is configured such that, based on the at least one reference of the at least one object to the at least one original value of the at least one original document, a change to the at least one original value of the at least one original document results in a corresponding change in an instance of the report***".

The XBRL Financial Reporting standard uses an XML-compliant ***computer-readable*** Instance Document ***embodied on a non-transitory computer readable medium*** to describe the contents of the Financial Report, and associated linkbases ***embodied on a non-transitory computer readable medium*** to describe semantic, formatting, calculation and validation information. During **Mattress Firm**'s editing of an XBRL-compliant Financial Report, code must exist to allow ***change to the at least one original value of the at least one original computer-readable*** Instance Document ***embodied on a non-transitory computer readable medium***. Once ***the change to the at least one original value of the at least one original computer-readable*** Instance Document ***embodied on a non-transitory computer readable medium*** has been input by the user, validated and stored in as a revised version of the XBRL-compliant ***computer-readable*** Instance Document ***embodied on a non-transitory computer readable medium***, the "***code for outputting a report that is based on at least a portion of the at least one object, the report capable of including at least a portion of the original values including the at least one original value, where the computer program product is configured such that, based on the at least one reference of the at least one object to the at least one original value of the at least one original document, a change to the at least one original value of the at least one original document results in a corresponding change in an instance of the report***" would be executed to generate the XBRL-compliant report.

Therefore, any preparation, editing and submission of a Financial Report that complies with the XBRL Financial Reporting standard by **Mattress Firm** would require ***"A computer program product embodied on a non-transitory computer readable medium, comprising:… code for outputting a report that is based on at least a portion of the at least one object, the report capable of including at least a portion of the original values including the at least one original value, where the computer program product is configured such that, based on the at least one reference of the at least one object to the at least one original value of the at least one original document, a change to the at least one original value of the at*** |

**Claim Chart For U.S. Patent 9,268,748**

| Claim 11 | Infringement Analysis |
|---|---|
| | ***least one original document results in a corresponding change in an instance of the report*** to edit and then report the contents of the XBRL <u>Instance Document</u> and the associated <u>linkbases</u>. |
| and code for outputting at least one computer-readable Extensible Markup Language (XML)-compliant data document that is based on at least a portion of the at least one object and at least a portion of the mapping, the at least one computer-readable XML-compliant data document capable of including a plurality of line items with at least a portion of the original values including the at least one original value and at least some of the computer-readable semantic tags, where the computer program product is configured such that, based on the at least one reference of the at least one object to the at least one original value of the at least one original document, a change to the at least one original value of the at least one original document results in a corresponding change in an instance of the at least one computer-readable XML-compliant data document:, | In accordance with the <u>XBRL Financial Reporting</u> standard as described above, **Mattress Firm**'s creating, editing and generating of an XBRL-compliant Financial Report would require "***A computer program product embodied on a non-transitory computer readable medium, comprising:… code for outputting at least one computer-readable Extensible Markup Language (XML)-compliant data document that is based on at least a portion of the at least one object and at least a portion of the mapping, the at least one computer-readable XML-compliant data document capable of including a plurality of line items with at least a portion of the original values including the at least one original value and at least some of the computer-readable semantic tags, where the computer program product is configured such that, based on the at least one reference of the at least one object to the at least one original value of the at least one original document, a change to the at least one original value of the at least one original document results in a corresponding change in an instance of the at least one computer-readable XML-compliant data document***".

The <u>XBRL Financial Reporting</u> standard specifies an XML-compliant ***computer-readable*** <u>Instance Document</u> ***embodied on a non-transitory computer readable medium*** to describe the contents of the Financial Report, and associated <u>linkbases</u> ***embodied on a non-transitory computer readable medium*** to describe semantic, formatting, calculation and validation information. For **Mattress Firm** to "***output at least one computer-readable Extensible Markup Language (XML)-compliant data document***" as an XBRL-compliant Financial <u>Instance Document</u> and its associated <u>linkbases</u>, code must exist to allow ***change to the at least one original value of the at least one original computer-readable*** <u>Instance Document</u> ***embodied on a non-transitory computer readable medium data value***. Once ***the change to the at least one original value of the at least one original computer-readable*** <u>Instance Document</u> ***embodied on a non-transitory computer readable medium*** has been input, validated and stored in as a revised version of the XBRL-compliant ***computer-readable*** <u>Instance</u> Document ***embodied on a non-transitory computer readable medium***, the "***code for outputting at least one computer-readable Extensible Markup Language (XML)-compliant data document that is based on at least a portion of the at least one object and at least a portion of the mapping, the at least one computer-readable XML-compliant data document capable of including a plurality of line items with at least a portion of the original values including the at least one original value and at least some of the computer-readable semantic tags, where the computer program product is configured such that, based on the at least one reference of the at least one object to the at least one original value of the at least one original document, a change to the at least one original value of the at*** |

**Claim Chart For U.S. Patent 9,268,748**

| Claim 11 | Infringement Analysis |
|---|---|
| | *least one original document results in a corresponding change in an instance of the at least one computer-readable XML-*" would be executed to generate the XBRL-compliant <u>Instance Document</u> and associated <u>linkbase Documents</u> in XML-compatible format.<br><br>Therefore, any preparation, editing and submission of a Financial Report that complies with the <u>XBRL Financial Reporting</u> Standard by **Mattress Firm** would require *"code for outputting at least one computer-readable Extensible Markup Language (XML)-compliant data document that is based on at least a portion of the at least one object and at least a portion of the mapping, the at least one computer-readable XML-compliant data document capable of including a plurality of line items with at least a portion of the original values including the at least one original value and at least some of the computer-readable semantic tags, where the computer program product is configured such that, based on the at least one reference of the at least one object to the at least one original value of the at least one original document, a change to the at least one original value of the at least one original document results in a corresponding change in an instance of the at least one computer-readable XML-compliant data document"* to edit and then output the contents of the XBRL <u>Instance Document</u> and the associated <u>linkbases</u> as *computer-readable XML-compliant data documents*. |
| said computer program product configured such that the at least some of the computer-readable semantic tags are each computer-readably coupled to the at least portion of the original values of at least one computer-readable XML-compliant data document. | In accordance with the <u>XBRL Financial Reporting</u> standard as described above, **Mattress Firm**'s creating, editing and generating of an XBRL-compliant Financial Report would require "*said computer program product configured such that the at least some of the computer-readable semantic tags are each computer-readably coupled to the at least portion of the original values of at least one computer-readable XML-compliant data document".*<br><br>The <u>XBRL Financial Reporting</u> standard specifies an XML-compliant *computer-readable* <u>Instance Document</u> *embodied on a non-transitory computer readable medium* to describe the contents of the Financial Report, and associated <u>linkbases</u> *embodied on a non-transitory computer readable medium* to describe semantic, formatting, calculation and validation information. The XML-compliant *semantic tags* associated with each *data value* contained in the XML-compliant *computer-readable* <u>Instance Document</u> are "*each computer-readably coupled to the at least portion of the original values of at least one computer-readable XML-compliant data document"* - in this case, the associated <u>linkbases</u> are *readably coupled computer-readable XML-compliant* XBRL-compliant <u>Instance Document</u>.<br><br>Therefore, any preparation, editing and submission of a Financial Report that complies with the <u>XBRL Financial Reporting</u> Standard by **Mattress Firm** would require *"said computer program product configured* |

**Claim Chart For U.S. Patent 9,268,748**

| Claim 11 | Infringement Analysis |
|---|---|
|  | ***such that the at least some of the computer-readable semantic tags are each computer-readably coupled to the at least portion of the original values of at least one computer-readable XML-compliant data document"*** to create, edit and then generate the XBRL-compliant Financial Report based on the contents of the ***computer-readable XML-compliant*** XBRL <u>Instance Document</u> and the associated <u>linkbases</u>. |

**Claim Chart For U.S. Patent 9,268,748**

| Claim 19 | Infringement Analysis |
|---|---|
| 19. A method, comprising: | Non-limiting preamble.  By way of background, the e**Xt**ensible **B**usiness **R**eporting **L**anguage (**XBRL**) Financial Reporting standard (see http://www.xbrl.org/Specification/xbrl-recommendation-2003-12-31+corrected-errata-2012-01-25.htm) specifies a Report generation and formatting facility that uses a ***method*** to process a set of interrelated eXtensible Markup Language (**XML**)-formatted files that specify:<br><br>(1) how *tagged numerical data* items to be formatted in an XBRL Financial Report are identified as a Fact (a *tagged numerical data* value that will be reported) related to a Concept (a particular Financial semantic meaning for the *tagged numerical data* value) in the context of the Taxonomy (a list of concepts to be included in the Financial Report, and a collection of XML-compliant documents (linkbases) that provide additional information that forms part of the concept definitions) for inclusion in a given **XBRL Financial Report** Instance Document (see XBRL "Essentials https://specifications.xbrl.org/xbrl-essentials.html),<br><br>(2) how the *numerical data* items are *tagged* in the XML-compliant **Instance Document** file (with a name ending in ".xml"), which indicates the content of the Financial Report, to facilitate association of the related linkbases:<br>    (a) XML-compliant **Schema Definition** file (with a name ending in ".xsd") which contains formatting and semantic meaning information,<br>    (b) XML-compliant **Label** file (with a name ending in "_lab.xml") which indicates the label of the *numeric data value*,<br>    (c) XML-compliant **Calculation** file (with a name ending in "_cal.xml") which contains rules that determine how to combine information and to determine that the set of XML-compliant documents are valid,<br>    (d) XML-compliant **Definition** file (with a name ending in "_def.xml") relates concepts with other concepts,<br>    (e) XML-compliant **Presentation** file (with a name ending in "_pre.xml") This linkbase associates concepts with other concepts so that the resulting relations can guide the creation of a user interface, rendering, or visualization.<br><br>(3) how each *tagged numerical data* item is identified and categorized from the information contained in the referenced linkbases using the *tags*,<br><br>(4) how each *tagged numerical data* item is formatted for display, |

**Claim Chart For U.S. Patent 9,268,748**

| Claim 19 | Infringement Analysis |
|---|---|
| | (5) how each *tagged numerical data* item is displayed hierarchically in relation to other *tagged numerical data* items, |
| | (6) how an individual *tagged numerical data* item is combined with other *tagged numerical data* items to yield a "summary" *tagged numerical data* item based on specified formulas relating to the semantic meaning associated with the *numerical data* item's *tag* in accordance with information contained in the XBRL Taxonomy file and the associated XBRL Calculation linkbase file, and |
| | (7) how the set of interrelated XBRL files are validated to ensure consistency and completeness of the information contained therein. |
| | The XBRL Financial Reporting standard specifies that each of the interrelated files comprising the XBRL Financial Report are encoded using the e**X**tensible **M**arkup **L**anguage (**XML**) syntax such that they may be interpreted, manipulated and displayed using standard *computer program products* such as a World Wide Web "browser" (e.g., Microsoft Internet Explorer, Apple Safari, Google Chrome, Mozilla Firefox, etc.) that is capable of interpreting the set of interrelated XML-compliant documents containing *tagged numerical data* items and implementing the formatting, computation formulas and rules required to validate and present the XBRL encoded Financial Report in human readable form through the use of a **"an apparatus.**" |
| | Therefore, any preparation, editing and submission of a Financial Report that complies with the XBRL Reporting Standard by **Mattress Firm** would entail use of such "***method***". |
| storing a plurality of original documents including a plurality of original values, including a first document including first values and a second document including second values; | In accordance with the XBRL Financial Reporting standard as described above, **Mattress Firm**'s creating, editing and generating of an XBRL-compliant Financial Report would require "***A method, comprising: storing a plurality of original documents including a plurality of original values, including a first document including first values and a second document including second values"***. |
| | As required by the XBRL Financial Report specifications, **Mattress Firm**'s creation, editing and generation of an XBRL-compliant Instance Document, and its associated linkbases in XML-compliant format, consists of "***a plurality of original documents including a plurality of original values, including a first document including first values and a second document including second values"***. Each of the *data value* tags in the XBRL-compliant Instance Document are used to reference associated entries in the associated linkbases. |
| | Therefore, any preparation, editing and submission of a Financial Report that complies with the XBRL |

**Claim Chart For U.S. Patent 9,268,748**

| Claim 19 | Infringement Analysis |
|---|---|
| | Financial Reporting Standard by **Mattress Firm** would require **"A method, comprising. storing a plurality of original documents including a plurality of original values, including a first document including first values and a second document including second values"** to perform the actions specified in the XBRL Instance Document and the associated linkbases. |
| processing at least a part of the first document and at least a part of the second document, resulting in at least one object including at least one reference to at least one of the plurality of original values of at least one of the plurality of original documents; | In accordance with the XBRL Financial Reporting standard as described above, **Mattress Firm**'s creating, editing and generating of an XBRL-compliant Financial Report would require "**A method, comprising:… processing at least a part of the first document and at least a part of the second document, resulting in at least one object including at least one reference to at least one of the plurality of original values of at least one of the plurality of original documents."**<br><br>The XBRL Instance Document provides the hierarchical **data value** display sequence and identification of heading/summary **data values** to be calculated, while the information needed to identify, format, interpret the semantic meaning, perform calculation of selected **data values**, and validate the XBRL Instance Document's **data values** is extracted from the XBRL linkbases referenced via the XBRL Instance Document's **data value's tag**.<br><br>Therefore, any preparation, editing and submission of a Financial Report that complies with the XBRL Financial Reporting Standard by **Mattress Firm** would require **"A method, comprising:… processing at least a part of the first document and at least a part of the second document, resulting in at least one object including at least one reference to at least one of the plurality of original values of at least one of the plurality of original documents"** to perform the actions specified in the XBRL Instance Document and the associated linkbases. |
| receiving a user selection of one or more computer-readable semantic tags; | In accordance with the XBRL Financial Reporting standard as described above, **Mattress Firm**'s creating, editing and generating of an XBRL-compliant Financial Report would require "**A method, comprising:… receiving a user selection of one or more computer-readable semantic tags."**<br><br>The XBRL Financial Reporting standard uses an XML-compliant **computer-readable** Instance Document to describe the contents of the Financial Report, and associated linkbases to describe semantic, formatting, calculation and validation information. During **Mattress Firm**'s creation and editing of an XBRL-compliant Financial Report, a **method** to allow the **user selection of one or more computer-readable semantic tags** from those available in the XBRL-compliant linkbases must be provided. Once selected, the **tag** corresponding to the user's selection is associated with the **numeric data value** in the XBRL-compliant Instance Document. |

**Claim Chart For U.S. Patent 9,268,748**

| Claim 19 | Infringement Analysis |
|---|---|
| | Therefore, any preparation, editing and submission of a Financial Report that complies with the <u>XBRL Financial Reporting</u> Standard by **Mattress Firm** would require ***"A method, comprising:… receiving a user selection of one or more computer-readable semantic tags"*** in order to create and/or edit the XBRL <u>Instance Document</u> and the associated <u>linkbases</u>. |
| receiving a user selection of one or more of the original values; | In accordance with the XBRL Financial Reporting standard as described above, **Mattress Firm**'s creating, editing and generating of an XBRL-compliant Financial Report would require "***A method, comprising:… receiving a user selection of one or more of the original values"***. |
| | The <u>XBRL Financial Reporting</u> standard uses an <u>Instance Document</u> to describe the contents of the Financial Report, and associated <u>linkbases</u> to describe semantic, formatting, calculation and validation information. During **Mattress Firm**'s creation and editing of an XBRL-compliant Financial Report, a ***method*** for ***receiving a user selection of one or more of the original values*** for input into the XBRL-compliant <u>Instance Document</u> must be provided. Once selected, the corresponding ***tag*** is associated with the ***data value*** in the XBRL-compliant <u>Instance Document</u>. |
| | Therefore, any preparation, editing and submission of a Financial Report that complies with the <u>XBRL Financial Reporting</u> Standard by **Mattress Firm** would require ***"A method, comprising:… receiving a user selection of one or more of the original values"*** in order to create and/or edit the XBRL <u>Instance Document</u> and the associated <u>linkbases</u>. |
| mapping the one or more of the computer-readable semantic tags to the one or more of the original values; | In accordance with the <u>XBRL Financial Reporting</u> standard as described above, **Mattress Firm**'s creating, editing and generating of an XBRL-compliant Financial Report would require "***A method, comprising:… mapping the one or more of the computer-readable semantic tags to the original values"***. |
| | The <u>XBRL Financial Reporting</u> standard uses an XML-compliant <u>Instance Document</u> to describe the contents of the Financial Report, and associated <u>linkbases</u> to describe semantic, formatting, calculation and validation information. During **Mattress Firm**'s creation and editing of an XBRL-compliant Financial Report, a ***method*** to allow ***mapping the one or more of the computer-readable semantic tags to the original values*** from those available in the XBRL-compliant <u>linkbases</u> must be provided. Once selected, the corresponding ***tag*** is associated with the ***data value*** in the XBRL-compliant <u>Instance Document</u>. |
| | Therefore, any preparation, editing and submission of a Financial Report that complies with the <u>XBRL Financial Reporting</u> standard by **Mattress Firm** would require ***"A method, comprising:… mapping the one*** |

**Claim Chart For U.S. Patent 9,268,748**

| Claim 19 | Infringement Analysis |
|---|---|
|  | *or more of the computer-readable semantic tags to the original values"* in order to create and/or edit the XBRL <u>Instance Document</u> and the associated <u>linkbases</u>. |
| outputting a presentation that is based on at least a portion of the at least one object, the presentation capable of including at least a portion of the original values including the at least one original value, such that, based on the at least one reference of the at least one object to the at least one original value of the at least one original document, a change to the at least one original value of the at least one original document results in a corresponding change in an instance of the presentation; | In accordance with the <u>XBRL Financial Reporting</u> standard as described above, **Mattress Firm**'s creating, editing and generating of an XBRL-compliant Financial Presentation would require "*A method, comprising:… outputting a presentation that is based on at least a portion of the at least one object, the presentation capable of including at least a portion of the original values including the at least one original value, such that, based on the at least one reference of the at least one object to the at least one original value of the at least one original document, a change to the at least one original value of the at least one original document results in a corresponding change in an instance of the presentation".*<br><br>The <u>XBRL Financial Reporting</u> standard uses an <u>Instance Document</u> to describe the contents of the Financial Report, and associated <u>linkbases</u> to describe semantic, formatting, calculation and validation information. During **Mattress Firm**'s editing of an XBRL-compliant Financial Presentation, a *method* must exist to allow *change to the at least one original value of the at least one original* <u>Instance Document</u> data value. Once *the change to the at least one original value of the at least one* <u>Instance Document</u> *data value* has been input by the user, the *method* for "*outputting a presentation that is based on at least a portion of the at least one object, the presentation capable of including at least a portion of the original values including the at least one original value, such that, based on the at least one reference of the at least one object to the at least one original value of the at least one original document, a change to the at least one original value of the at least one original document results in a corresponding change in an instance of the presentation"* would be executed to generate the XBRL-compliant presentation.<br><br>Therefore, any preparation, editing and submission of a Financial Report that complies with the <u>XBRL Financial Reporting</u> Standard by **Mattress Firm** would require *"A method, comprising:… outputting a presentation that is based on at least a portion of the at least one object, the presentation capable of including at least a portion of the original values including the at least one original value, such that, based on the at least one reference of the at least one object to the at least one original value of the at least one original document, a change to the at least one original value of the at least one original document results in a corresponding change in an instance of the presentation"* in order to edit and then present the contents of the XBRL <u>Instance Document</u> and the associated <u>linkbases</u>. |
| outputting a report that is based on at least a portion of the at least one object, the report | In accordance with the <u>XBRL Financial Reporting</u> standard as described above, **Mattress Firm**'s creating, editing and generating of an XBRL-compliant Financial Report would require "*A method, comprising:…. outputting a report that is based on at least a portion of the at least one object, the report capable of* |

**Claim Chart For U.S. Patent 9,268,748**

| Claim 19 | Infringement Analysis |
|---|---|
| capable of including at least a portion of the original values including the at least one original value, such that, based on the at least one reference of the at least one object to the at least one original value of the at least one original document, a change to the at least one original value of the at least one original document results in a corresponding change in an instance of the report; | *including at least a portion of the original values including the at least one original value, such that, based on the at least one reference of the at least one object to the at least one original value of the least one original document, a change to the at least one original value of the at least one original document results in a corresponding change in an instance of the report".*<br><br>The <u>XBRL Financial Reporting</u> standard uses an XML-compliant <u>Instance Document</u> to describe the contents of the Financial Report, and associated <u>linkbases</u> to describe semantic, formatting, calculation and validation information. During **Mattress Firm**'s editing of an XBRL-compliant Financial Report, a *method* must exist to allow *change to the at least one original value of the at least one original* <u>Instance Document</u>. Once *the change to the at least one original value of the at least one original <u>Instance Document</u>* has been input by the user, validated and stored in as a revised version of the XBRL-compliant <u>Instance Document</u>, a *method "for outputting a report that is based on at least a portion of the at least one object, the report capable of including at least a portion of the original values including the at least one original value, where the computer program product is configured such that, based on the at least one reference of the at least one object to the at least one original value of the at least one original document, a change to the at least one original value of the at least one original document results in a corresponding change in an instance of the report"* would be executed to generate the XBRL-compliant report.<br><br>Therefore, any preparation, editing and submission of a Financial Report that complies with the <u>XBRL Financial Reporting</u> Standard by **Mattress Firm** would require *"A method, comprising:… outputting a report that is based on at least a portion of the at least one object, the report capable of including at least a portion of the original values including the at least one original value, such that, based on the at least one reference of the at least one object to the at least one original value of the at least one original document, a change to the at least one original value of the at least one original document results in a corresponding change in an instance of the report"* to edit and then report the contents of the XBRL <u>Instance Document</u> and the associated <u>linkbases</u>. |
| and outputting at least one computer-readable Extensible Markup Language (XML)-compliant data document that is based on at least a portion of the at least one object and at least a | In accordance with the <u>XBRL Financial Reporting</u> standard as described above, **Mattress Firm**'s creating, editing and generating of an XBRL-compliant Financial Report would require *"a method, comprising:… outputting at least one computer-readable Extensible Markup Language (XML)-compliant data document that is based on at least a portion of the at least one object and at least a portion of the mapping, the at least one computer-readable XML-compliant data document capable of including a plurality of line items with at least a portion of the original values including the at least one original* |

**Claim Chart For U.S. Patent 9,268,748**

| Claim 19 | Infringement Analysis |
|---|---|
| portion of the mapping, the at least one computer-readable XML-compliant data document capable of including a plurality of line items with at least a portion of the original values including the at least one original value and at least some of the computer-readable semantic tags, such that, based on the at least one reference of the at least one object to the at least one original value of the at least one original document, a change to the at least one original value of the at least one original document results in a corresponding change in an instance of the at least one computer-readable XML-compliant data document; | *value and at least some of the computer-readable semantic tags, such that, based on the at least one reference of the at least one object to the at least one original value of the at least one original document, a change to the at least one original value of the at least one original document results in a corresponding change in an instance of the at least one computer-readable XML-compliant data document".* <br><br> The <u>XBRL Financial Reporting</u> standard specifies an XML-compliant <u>Instance Document</u> to describe the contents of the Financial Report, and associated <u>linkbases</u> to describe semantic, formatting, calculation and validation information. For **Mattress Firm** to "***output at least one computer-readable Extensible Markup Language (XML)-compliant data document***" as an XBRL-compliant Financial <u>Instance Document</u> and its associated <u>linkbases</u>, a *method* must exist to allow ***change to the at least one original value of the at least one original*** <u>Instance Document</u>. Once ***the change to the at least one original value of the at least one original*** <u>*Instance Document*</u> ***data value*** has been input, validated and stored in as a revised version of the XBRL-compliant <u>Instance</u>, the "***method, comprising outputting at least one computer-readable Extensible Markup Language (XML)-compliant data document that is based on at least a portion of the at least one object and at least a portion of the mapping, the at least one computer-readable XML-compliant data document capable of including a plurality of line items with at least a portion of the original values including the at least one original value and at least some of the computer-readable semantic tags, such that, based on the at least one reference of the at least one object to the at least one original value of the at least one original document, a change to the at least one original value of the at least one original document results in a corresponding change in an instance of the at least one computer-readable XML-compliant data document***" would be executed to generate the XBRL-compliant <u>Instance Document</u> and associated <u>linkbase Documents</u> in XML-compatible format. <br><br> Therefore, any preparation, editing and submission of a Financial Report that complies with the <u>XBRL Financial Reporting</u> standard by **Mattress Firm** would require ***"a method, comprising:… outputting at least one computer-readable Extensible Markup Language (XML)-compliant data document that is based on at least a portion of the at least one object and at least a portion of the mapping, the at least one computer-readable XML-compliant data document capable of including a plurality of line items with least a portion of the original values including the at least one original value and at least some of the computer-readable semantic tags, such that, based on the at least one reference of the at least one object to the at least one original value of the at least one original document, a change to the at least one original value of the at least one original document results in a corresponding change in an instance*** |

**Claim Chart For U.S. Patent 9,268,748**

| Claim 19 | Infringement Analysis |
|---|---|
| | *of the at least one computer-readable XML-compliant data document"* to edit and then output the contents of the XBRL <u>Instance Document</u> and the associated <u>linkbases</u> as *computer-readable XML-compliant data documents*. |
| wherein the at least some of the computer-readable semantic tags are each computer-readably coupled to the at least portion of the original values of the at least one computer-readable XML-compliant data document. | In accordance with the <u>XBRL Financial Reporting</u> standard as described above, **Mattress Firm**'s creating, editing and generating of an XBRL-compliant Financial Report would require "*at least some of the computer-readable semantic tags are each computer-readably coupled to the at least portion of the original values of the at least one computer-readable XML-compliant data document."*<br><br>The <u>XBRL Financial Reporting</u> standard specifies an XML-compliant <u>Instance Document</u> to describe the contents of the Financial Report, and associated <u>linkbases</u> to describe semantic, formatting, calculation and validation information. The XML-compliant *semantic tags* associated with each *data value* contained in the XML-compliant <u>Instance Document</u> are "*each computer-readably coupled to the at least portion of the original values of at least one computer-readable XML-compliant data document"* - in this case, the associated <u>linkbases</u> are *readably coupled computer-readable XML-compliant* XBRL-compliant <u>Instance Document</u>.<br><br>Therefore, any preparation, editing and submission of a Financial Report that complies with the <u>XBRL Financial Reporting</u> standard by **Mattress Firm** would require "*at least some of the computer-readable semantic tags are each computer-readably coupled to the at least portion of the original values of the at least one computer-readable XML-compliant data document"* to create, edit and then generate the XBRL-compliant Financial Report based on the contents of the XBRL <u>Instance Document</u> and the associated <u>linkbases</u>. |

**Claim Chart For Second Amended Complaint For U.S. Patent 9,268,748**

| Claim | Initial Assessment of Infringement |
|---|---|
| 1. An apparatus, comprising: a device; and an application including a network browser on the device for accessing a system configured for: identification of at least one computer-readable Extensible Markup Language (XML)-compliant data document including: a plurality of line items with a plurality of data values, and a plurality of computer-readable semantic tags that describe a semantic meaning of the data values and are each computer-readably coupled to at least one of the data values, where the at least one computer- readable XML-compliant data document is capable of including multiple hierarchical relationships between two line items; parsing of the at least one computer-readable XML-compliant data document; accessing a plurality of computer-readable rules including: a computer-readable datatype rule for validation of a type of data values, a computer-readable calculation rule for validation of a calculation involving data values, and a computer-readable unit rule for validation of a unit of data values; validation of the at least one computer- readable XML-compliant data document by: identifying at least a subset of the computer-readable rules including at least one of: the computer-readable datatype rule for validation of the type of data values, the computer-readable calculation rule for validation of the calculation involving data values, or the computer- readable unit rule for validation of the unit of data values; processing at least a portion of the data values of at least a portion of the line items of the at least one computer-readable XML-compliant data document, utilizing the at least subset of the computer-readable rules and at least a portion of the computer-readable semantic tags of the at least one computer-readable XML-compliant data document; said apparatus configured for: accessing at least a portion of the at least one computer-readable XML-compliant data document utilizing the application including the network browser. | |
| 2. The apparatus of claim 1, wherein the system is configured to allow a user to select one or more of the computer-readable semantic tags from a predetermined set of computer-readable semantic tags and select one or more of the data values for mapping the one or more of the computer-readable semantic tags to the one or more of the data values. | Since all XBRL tags and tag values are specified in the XBRL Linkbases (i.e., Schema Definition, Label, Calculation, Definition & Presentation files), any XBRL Instance Document creation and editing implementation would have to provide this functionality, and therefore would infringe this claim. |
| 3. The apparatus of claim 1, wherein the system is configured such that the computer-readable semantic tags are searchable. | Since all XBRL tags and tag values are specified in the XBRL Linkbases (i.e., Schema Definition, Label, Calculation, Definition & Presentation files), any XBRL Instance Document editing, display and data extraction implementation would have to provide this functionality, and therefore would infringe this claim. |

**Claim Chart For Second Amended Complaint For U.S. Patent 9,268,748**

| | |
|---|---|
| 4. The apparatus of claim 1, wherein the system is configured such that the computer-readable semantic tags each describe the semantic meaning of the data values via a computer-readable association between each of the computer-readable semantic tags and a corresponding line item of the data values. | Since all XBRL tags and tag values are specified in the XBRL Linkbases (i.e., Schema Definition, Label, Calculation, Definition & Presentation files), any XBRL Instance Document editing, display and data extraction implementation would have to provide computer-readable semantic tags each of which describe the semantic meaning of the data values via a computer-readable association between each of the computer-readable semantic tags and a corresponding line item of the data values, and therefore would infringe this claim. |
| 5. The apparatus of claim 1, wherein the system is configured such that at least one of the computer-readable semantic tags includes a level tag for use in displaying the line items in a tree view. | Since XBRL supports the display of financial information in a traditional hierarchical format, any XBRL Instance Document editing, display and data extraction implementation would have to provide computer-readable semantic tags that include a level tag for use in displaying the line items in a tree view (or hierarchical format), and therefore would infringe this claim. |
| 6. The apparatus of claim 1, wherein the system is configured such that the multiple hierarchical relationships between two line items are searchable. | |
| 7. The apparatus of claim 1, wherein the system is configured to cause referencing of a portion of an original document in connection with at least one of the data values, such that, based on the referencing, a change to the portion of the original document results in a corresponding change to the at least one data value. | |
| 8. The apparatus of claim 1, wherein the system is configured such that the at least one computer-readable XML-compliant data document includes an extensible semantic tag-equipped markup language component and a hypertext markup language (HTML) component, and the at least one computer-readable XML- compliant data document is capable of being displayed utilizing the network browser for allowing review of the HTML component in addition to access, through one or more additional actions, the extensible semantic tag-equipped markup language component. | |

**Claim Chart For Second Amended Complaint For U.S. Patent 9,268,748**

| | |
|---|---|
| 9. The apparatus of claim 1, wherein the apparatus is configured such that at least one of: said identification of the at least one computer-readable XML-compliant data document includes receiving the at least one computer-readable XML-compliant data document; said at least one computer-readable XML-compliant data document includes a reusable data markup language (RDML) document; said line items are associated with a record, row, table, or other entity of a relational database; said computer-readable semantic tags are applied to the line items; said computer-readable semantic tags result from tagging; said computer-readable semantic tags reflect characteristics including at least one of a magnitude, scale, modifier, unit, and measurement; said computer-readable semantic tags reflect structure; said parsing includes at least one of: eliminating white space, dividing input into words or groups of words, searching for opening or closing characters, relaying an error notice, or coordinating updating of component states; said computer-readable rules are stored in a document type definition (DTD); said computer-readable datatype rule for validation of the type of data values includes a computer-readable datatype rule for validation of a data value format; said computer- readable calculation rule for validation of the calculation involving data values includes a computer-readable calculation rule for validation of a summation involving data values; said computer-readable unit rule for validation of the unit of data values includes a computer-readable unit rule for validation of a currency of data values; said processing includes error checking; or said result includes an indication as to whether a defect is critical or not. | |
| 10. The apparatus of claim 1, wherein the system is configured such that the at least one computer-readable XML-compliant data document is encapsulated, in machine-readable form, with at least one reusable document including routines that are capable of being utilized for data value formatting and data value collating in connection with the at least one computer-readable XML-compliant data document as well as other XML-compliant data documents insofar as the other XML-compliant data documents meet requirements set forth in the at least one reusable document. | Since all XBRL tags and tag values are specified in the XBRL Linkbases (i.e., Schema Definition, Label, Calculation, Definition & Presentation files), any XBRL Instance Document creation and editing implementation would have to provide this functionality, and therefore would infringe this claim. |

**Claim Chart For Second Amended Complaint For U.S. Patent 9,268,748**

| | |
|---|---|
| 11. A computer program product embodied on a non-transitory computer readable medium, comprising: code for storing a plurality of original documents including a plurality of original values, including a first document including first values and a second document including second values; code for processing at least a part of the first document and at least a part of the second document, resulting in at least one object including at least one reference to at least one of the plurality of original values of at least one of the plurality of original documents; code for receiving a user selection of one or more computer-readable semantic tags; code for receiving a user selection of one or more of the original values; code for mapping the one or more of the computer-readable semantic tags to the one or more of the original values; code for outputting a presentation that is based on at least a portion of the at least one object, the presentation capable of including at least a portion of the original values including the at least one original value, where the computer program product is configured such that, based on the at least one reference of the at least one object to the at least one original value of the at least one original document, a change to the at least one original value of the at least one original document results in a corresponding change in an instance of the presentation; code for outputting a report that is based on at least a portion of the at least one object, the report capable of including at least a portion of the original values including the at least one original value, where the computer program product is configured such that, based on the at least one reference of the at least one object to the at least one original value of the at least one original document, a change to the at least one original value of the at least one original document results in a corresponding change in an instance of the report; and code for outputting at least one computer-readable Extensible Markup Language (XML)-compliant data document that is based on at least a portion of the at least one object and at least a portion of the mapping, the at least one computer- readable XML-compliant data document capable of including a plurality of line items with at least a portion of the original values including the at least one original value and at least some of the computer-readable semantic tags, where the computer program product is configured such that, based on the at least one reference of the at least one object to the at least one original value of the at least one original document, a change to the at least one original value of the at least one original document results in a corresponding change in an instance of the at least one computer-readable XML-compliant data document:, said computer program product configured such that the at least some of the computer-readable semantic tags are each computer-readably coupled to the at least portion of the original values of at least one computer-readable XML-compliant data document. | |
| 12. The computer program product of claim 11, wherein the computer program product is configured for utilizing a plurality of computer-readable rules for processing the at least one computer-readable XML- compliant data document, the computer-readable rules including at least one of: a computer-readable datatype rule for validation of a type of original values, a computer-readable calculation rule for validation of a calculation involving original values, or a computer-readable unit rule for validation of a unit of original values. | The XBRL Calculation Linkbase is an XML-compliant data document that provides a plurality of computer-readable rules for processing the at least one computer-readable XML- compliant data document, the computer-readable rules including at least one of: a computer-readable datatype rule for validation of a type of original values, a computer-readable calculation rule for validation of a calculation involving original values, or a computer-readable unit rule for validation of a unit of original values, and therefore would infringe this claim |

**Claim Chart For Second Amended Complaint For U.S. Patent 9,268,748**

| | |
|---|---|
| 13. The computer program product of claim 11, wherein the computer program product is configured for utilizing a plurality of computer-readable rules for validating the at least one computer-readable XML- compliant data document, the computer-readable rules including: a computer-readable datatype rule for validation of a type of original values, a computer-readable calculation rule for validation of a calculation involving original values, and a computer-readable unit rule for validation of a unit of original values. | The XBRL Calculation Linkbase is an XML-compliant data document that provides a plurality of computer-readable rules for validating the at least one computer-readable XML- compliant data document, the computer-readable rules including: a computer-readable datatype rule for validation of a type of original values, a computer-readable calculation rule for validation of a calculation involving original values, and a computer-readable unit rule for validation of a unit of original values, and therefore would infringe this claim. |
| 14. The computer program product of claim 11, wherein the computer program product is configured for validating the at least one computer-readable XML-compliant data document by: identifying at least a subset of a plurality of computer-readable rules including at least one of: a computer-readable datatype rule for validation of a type of original values, a computer-readable calculation rule for validation of a calculation involving original values, or a computer-readable unit rule for validation of a unit of original values; and processing at least the portion of the original values of the at least one computer-readable XML-compliant data document, utilizing the at least subset of the computer-readable rules and at least a portion of the computer-readable sematic tags of the at least one computer-readable XML-compliant data document. | The XBRL Calculation Linkbase is an XML-compliant data document that provides the information needed for the XBRL processor to validate the at least one computer-readable XML-compliant data document by: identifying at least a subset of a plurality of computer-readable rules including at least one of: a computer-readable datatype rule for validation of a type of original values, a computer-readable calculation rule for validation of a calculation involving original values, or a computer-readable unit rule for validation of a unit of original values; and processing at least the portion of the original values of the at least one computer-readable XML-compliant data document, utilizing the at least subset of the computer-readable rules and at least a portion of the computer-readable sematic tags of the at least one computer-readable XML-compliant data document, and therefore would infringe this claim. |

**Claim Chart For Second Amended Complaint For U.S. Patent 9,268,748**

| | |
|---|---|
| 15. The computer program product of claim 11, wherein the computer program product is configured such that the at least some of the computer-readable semantic tags describe a semantic meaning of the at least portion of the original values via a computer-readable association between each of the at least some of the computer-readable semantic tags and a corresponding line item. | The XBRL Definition Linkbase is an XML-compliant data document that describe a semantic meaning of the at least portion of the original values via a computer-readable association between each of the at least some of the computer-readable semantic tags and a corresponding line item, and therefore would infringe this claim. |
| 16. The computer program product of claim 11, wherein the computer program product is configured such that at least one of the computer-readable semantic tags includes a level tag for use in displaying the line items in a tree view. | Since XBRL supports the display of financial information in a traditional hierarchical format, any XBRL Instance Document editing, display and data extraction implementation would have to provide computer-readable semantic tags that include a level tag for use in displaying the line items in a tree view (or hierarchical format), and therefore would infringe this claim. |
| 17. The computer program product of claim 11, wherein the computer program product is configured such that the at least one computer-readable XML-compliant data document is capable of including multiple hierarchical relationships between two line items. | |
| 18. The computer program product of claim 11, wherein the computer program product is configured such that the first document is a first spreadsheet and the second document is a second spreadsheet that is different and separate from the first spreadsheet, the first spreadsheet and the second spreadsheet being stored by a system that also stores the at least one object along with one or more user-defined rules for normalizing at least one of the first values of the first spreadsheet and at least one of the second values of the second spreadsheet, where the one or more user-defined rules are capable of being applied to additional values of additional spreadsheets in connection with the at least one object and outputting at least one of the presentation, the report, or the at least one computer-readable XML-compliant data document. | |

**Claim Chart For Second Amended Complaint For U.S. Patent 9,268,748**

| | |
|---|---|
| 19. A method, comprising: storing a plurality of original documents including a plurality of original values, including a first document including first values and a second document including second values; processing at least a part of the first document and at least a part of the second document, resulting in at least one object including at least one reference to at least one of the plurality of original values of at least one of the plurality of original documents; receiving a user selection of one or more computer-readable semantic tags; receiving a user selection of one or more of the original values; mapping the one or more of the computer-readable semantic tags to the one or more of the original values; outputting a presentation that is based on at least a portion of the at least one object, the presentation capable of including at least a portion of the original values including the at least one original value, such that, based on the at least one reference of the at least one object to the at least one original value of the at least one original document, a change to the at least one original value of the at least one original document results in a corresponding change in an instance of the presentation; outputting a report that is based on at least a portion of the at least one object, the report capable of including at least a portion of the original values including the at least one original value, such that, based on the at least one reference of the at least one object to the at least one original value of the at least one original document, a change to the at least one original value of the at least one original document results in a corresponding change in an instance of the report; and outputting at least one computer-readable Extensible Markup Language (XML)-compliant data document that is based on at least a portion of the at least one object and at least a portion of the mapping, the at least one computer-readable XML-compliant data document capable of including a plurality of line items with at least a portion of the original values including the at least one original value and at least some of the computer-readable semantic tags, such that, based on the at least one reference of the at least one object to the at least one original value of the at least one original document, a change to the at least one original value of the at least one original document results in a corresponding change in an instance of the at least one computer-readable XML-compliant data document; wherein the at least some of the computer-readable semantic tags are each computer-readably coupled to the at least portion of the original values of the at least one computer-readable XML-compliant data document. | |

**Claim Chart For Second Amended Complaint For U.S. Patent 9,268,748**

| | |
|---|---|
| 20. The computer program product of claim 11, wherein the computer program product is configured such that at least one of: said at least portion of the original values of the at least one computer-readable XML- compliant data document include different instances of the same values as the corresponding original values of the at least one original document; said at least portion of the original values of the at least one computer- readable XML-compliant data document include different instances of the same values as the corresponding original values of the at least one object; said at least some of the computer-readable semantic tags are each computer-readably coupled to the at least one original value of the at least one object; said at least some of the computer-readable semantic tags are each computer-readably coupled to the at least portion of the original values of the presentation; said at least some of the computer-readable semantic tags are each computer- readably coupled to the at least portion of the original values of the report; said at least some of the computer-readable semantic tags are each computer-readably coupled to the at least portion of the original values of the at least one computer-readable XML-compliant data document; said at least some of the computer-readable semantic tags are each computer-readably coupled to the at least portion of the original values, utilizing computer-readable code elements; said at least some of the computer-readable semantic tags are each computer-readably coupled to the at least portion of the original values, utilizing computer-readable code elements including at least one of a computer-readable semantic tag equal sign, a computer-readable semantic tag quotation, or computer-readable semantic tag bracket; said receipt of the user selection of the one or more of the original values is received in connection with the at least one original document; said receipt of the user selection of the one or more of the original values is received in connection with the at least one object; said receipt of the user selection of the one or more of the original values is received in connection with the presentation; said receipt of the user selection of the one or more of the original values is received in connection with the report; said receipt of the user selection of the one or more of the original values is received in connection with the at least one computer-readable XML-compliant data document; said mapping includes an association; said at least some of the computer-readable semantic tags includes all of the one or more of the computer-readable semantic tags subject to the mapping; said at least one object includes at least one of metadata, information, a component of a formatter, a storage object, or a database; said at least portion of the original values includes only the at least one original value; said at least one computer-readable XML- compliant data document includes a reusable data markup language (RDML) document; said line items are associated with a record, row, table, or other entity of a relational database; said presentation, the report, and the at least one computer-readable XML-compliant data document include the same at least portion of the original values; said presentation, the report, and the at least one computer-readable XML-compliant data document include the same at least one original value; said presentation, the report, and the at least one computer-readable XML-compliant data document are based on the same at least portion of the at least one object; said at least one computer-readable XML-compliant data document is based on the at least portion of the at least one object by including the at least portion of the at least one object; said at least one computer-readable XML-compliant data document is based on the at least portion of the at least one object by being generated utilizing the at least portion of the at least one object; said at least one computer-readable XML-compliant data document is based on the at least portion of the mapping by including the at least some of the computer-readable semantic tags; said at least some of the computer-readable semantic tags are included in the line items; said change to the at least one original value of the at least one original document is capable of being made in the at least one original document; said corresponding change in the instance of the at least one computer-readable XML-compliant data document includes a change to an instance of the at least one original value in the at least one computer-readable XML-compliant data document; said instance of the at least one computer-readable XML-compliant data document is subsequent to the change to the at least one original value of the at least one original document; or said computer-readable semantic tags are applied to the line items. | Since any XBRL computer program product must provide all of the functionality described in the method described in Claim 19 and incorporated herein, any XBRL computer program product would infringe this claim. |